```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - X
                                 :
UNITED STATES OF AMERICA         :
                                 :
        -v.-                     :    INDICTMENT
                                 :
JEFFREY MUSUMECI,                :    07 Cr.
   a/k/a "Stevewil160@aol.com,"  :
                                 :
        Defendant.               :
                                 :
- - - - - - - - - - - - - - - - X
```

07 CRIM 402

## COUNT ONE

The Grand Jury charges:

From on or about November 23, 2005, up to and including on or about November 29, 2005, in the Southern District of New York and elsewhere, JEFFREY MUSUMECI, a/k/a "Stevewil160@aol.com," the defendant, unlawfully, willfully, and knowingly, did use a facility and means of interstate commerce to persuade, induce, entice, and coerce an individual who had not attained the age of 18 years to engage in sexual activity for which a person can be charged with a criminal offense, and attempted to do so, to wit, MUSUMECI used a computer and the Internet to attempt to entice, induce, coerce, and persuade a minor to engage in sexual activity in violation of New York State laws.

(Title 18, United States Code, Section 2422(b).)

COUNT TWO

The Grand Jury further charges:

From on or about November 23, 2005, up to and including on or about November 29, 2005, JEFFREY MUSUMECI, a/k/a "Stevewil160@aol.com," the defendant, unlawfully, willfully, and knowingly, did employ, use, persuade, induce, entice, and coerce an individual who had not attained the age of 18 years to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and attempted to do so, using materials that have been mailed, shipped, and transported in interstate and foreign commerce by any means, including by computer, to wit, MUSUMECI attempted to persuade a person he believed was a minor to expose her genitals and pubic area so that he could photograph them using materials that had been transported in interstate and foreign commerce.

(Title 18, United States Code, Section 2251(a), (e).)

_____          _____
FOREPERSON                         MICHAEL J. GARCIA
                                   United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

---

**UNITED STATES OF AMERICA**

- v. -

**JEFFREY MUSUMECI,**
a/k/a "Stevewil160@aol.com,"

**Defendant.**

---

**INDICTMENT**

07 Cr.

(18 U.S.C. §§ 2422(b), 2251(a), (e))

---

MICHAEL J. GARCIA
United States Attorney.

**A TRUE BILL**

*[signature]*

Foreperson.

---

*[handwritten notes, partially illegible]*
5/9/07 Fld Ind [illegible] 4-1-07 This case is assigned to Judge Berman for all purposes.

*[signature]*