# MICHAEL L. SOSHNICK
### Attorney at Law
190 WILLIS AVENUE
SUITE 112
MINEOLA, NEW YORK 11501

**MEMO ENDORSED**
p.2

MICHAEL L. SOSHNICK

OF COUNSEL
JOHN LAWRENCE

TEL (516) 294-1111
FAX (516) 294-5465

July 6, 2007

VIA FAX: (212) 805-6717

Judge Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, N.Y. 10007


RECEIVED
JUL 06 2007
CHAMBERS OF
RICHARD M. BERMAN
U.S.D.J.

Re:  *United States v. Jeffery G. Musumeci*
     *07 Cr. 402 (RMB)*

Dear Judge Berman:

I am the attorney for the defendant in the above-captioned case. Following the defendant's arraignment, the court directed the parties to file proposed jury instructions on or before July 6, 2007 and scheduled a status conference for July 9, 2007. I just received the government's proposed jury instruction on Monday, July 2, 2007. Additionally, My secretary is on a family vacation in Colorado this week and will not be returning to the office until Tuesday, July 10, 2007.

Inasmuch as July 4, 2007 was a holiday and this has been a relatively short week, I am requesting that the parties be given until July 13, 2007 to submit our proposed jury instructions and that the status conference previously scheduled for July 9, 2007 be adjourned to July 16, 2007 at 1:00 P.M.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: July 6, 2007

Page 2

The trial date in this case is currently scheduled for September 17, 2007. Accordingly, the court will have approximately two months to review the proposed jury instructions prior to the trial. I have discussed this request with Assistant United States Attorney Adam S. Hicky who has consented to the one week adjournment for submission of the proposed jury instructions and to the rescheduling of the status conference to July 16, 2007 at 1:00 P.M. or to such other time and/or date that may be convenient to the court.

Thank you.

Respectfully submitted,

Michael L. Soshnick

MLS:eg

cc: Adam S. Hicky
    Assistant United States Attorney
    VIA FAX (212) 637-6717

---

APPLICATION GRANTED. CONFERENCE IS ADJOURNED UNTIL 7/16/07 AT 11:30 A.M.

SO ORDERED:
Date: 7/6/07

Richard M. Berman, U.S.D.J.

---