UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA :

    - v. -  :  07 Cr. 402 (RMB)

        AFFIRMATION

JEFFREY MUSUMECI, :
 a/k/a "Stevewil160@aol.com,"
                              :

          Defendant.
                              :
- - - - - - - - - - - - - - - - - -X

STATE OF NEW YORK              )
COUNTY OF NEW YORK           : ss.:
SOUTHERN DISTRICT OF NEW YORK  )

       ADAM S. HICKEY, pursuant to Title 28, United States Code, Section 1746, hereby declares under penalty of perjury:

       1.  I am an Assistant United States Attorney in the office of Michael J. Garcia, United States Attorney for the Southern District of New York.  I make this Affirmation in support of the Government's Motion <u>In Limine</u> To Preclude the Defendant's Entrapment Defense Or, In The Alternative, For A Curative Jury Instruction.

       2.  Attached as Exhibit A is a true copy of an instant message chat conversation between America Online ("AOL") users LisainNY05 and JEFFREY MUSUMECI, a/k/a "Stevewil160@aol.com," the defendant, beginning on November 23, 2005, at 2:53 p.m.

       3.  Attached as Exhibit B is a draft transcript of statements by JEFFREY MUSUMECI, a/k/a "Stevewil160@aol.com," the defendant, to Manhattan Assistant District Attorney Penelope Brady on November 29, 2005.

4. Attached as Exhibit C is a true copy of the online "profile" for the AOL user LisainNY05, on or about November 23, 2005.

5. Attached as Exhibit D are true copies of a series of e-mail messages exchanged between the AOL users LisainNY05 and JEFFREY MUSUMECI, a/k/a "Stevewil160@aol.com," the defendant, as well as delivery and read receipts for certain messages sent by the user LisainNY05.

6. Attached as Exhibit E is a true copy of an instant message chat conversation between AOL users LisainNY05 and JEFFREY MUSUMECI, a/k/a "Stevewil160@aol.com," the defendant, beginning on November 25, 2005, at 12:39 p.m.

7. Attached as Exhibit F is a true copy of an instant message chat conversation between AOL users LisainNY05 and JEFFREY MUSUMECI, a/k/a "Stevewil160@aol.com," the defendant, beginning on November 25, 2005, at 2:45 p.m.

8. Attached as Exhibit G is a draft transcript of a phone call between an undercover officer and JEFFREY MUSUMECI, a/k/a "Stevewil160@aol.com," the defendant, on or about November 25, 2005.

9. Attached as Exhibit H is a true copy of an instant message chat conversation between AOL users LisainNY05 and JEFFREY MUSUMECI, a/k/a "Stevewil160@aol.com," the defendant, beginning on November 25, 2005, at 3:19 p.m.

10. Attached as Exhibit I is a true copy of an instant message chat conversation between AOL users LisainNY05 and JEFFREY MUSUMECI, a/k/a "Stevewil160@aol.com," the defendant, beginning on November 26, 2005, at 2:56 p.m.

11. Attached as Exhibit J is a true copy of an instant message chat conversation between AOL users LisainNY05 and JEFFREY MUSUMECI, a/k/a "Stevewil160@aol.com," the defendant, beginning on November 28, 2005, at 2:30 p.m.

12. Attached as Exhibit K is a draft transcript of a phone call between an undercover officer and JEFFREY MUSUMECI, a/k/a "Stevewil160@aol.com," the defendant, on or about November 29, 2005.

13. Attached as Exhibit L is a draft transcript of a meeting between an undercover officer and JEFFREY MUSUMECI, a/k/a "Stevewil160@aol.com," the defendant, on or about November 29, 2005.

I declare under penalty of perjury that the foregoing is true and correct, pursuant to Title 28, United States Code, Section 1746.

Dated: New York, New York
       July 13, 2007

_____
Adam S. Hickey
Assistant United States Attorney
Southern District of New York
Tel.: (212) 637-1039