# EXHIBIT A

**Begin IM - 11/23/2005 02:56 PM**

Stevewil160 [2:56 P.M.]: Hi, My name is Steve. I am a divorced white male. I am 45 years old. I am 5'10" and weigh 195. I have an athletic build. I live on Long Island. I am looking for a younger woman to date. Is 45 too old for you?
LisainNY05 [02:56 PM]: lisa here 13 nyc
Stevewil160 [02:57 PM]: DO you like older guys?
LisainNY05 [02:57 PM]: sum sure
LisainNY05 [02:57 PM]: uy like yunger
Stevewil160 [02:57 PM]: yes-- they are eager to learn new things
LisainNY05 [02:58 PM]: yes
Stevewil160 [02:58 PM]: Are you submissive?
LisainNY05 [02:58 PM]: what
Stevewil160 [02:59 PM]: Have you ever been tied up and spanked?
LisainNY05 [02:59 PM]: eah i tried it Ikike that
LisainNY05 [02:59 PM]: i hate the name im not a dog lol
Stevewil160 [03:00 PM]: Have you had sex yet?
Stevewil160 [03:01 PM]: Are you there?
LisainNY05 [03:01 PM]: yes and ys
Stevewil160 [03:02 PM]: You must be very tight--lol
LisainNY05 [03:02 PM]: si guess i am yeah
Stevewil160 [03:02 PM]: Can you have more than one orgasm?
LisainNY05 [03:02 PM]: i donno
LisainNY05 [03:02 PM]: can u
Stevewil160 [03:02 PM]: Yes
LisainNY05 [03:03 PM]: ok kewl
Stevewil160 [03:03 PM]: I can make you cum over and over again
LisainNY05 [03:03 PM]: how
Stevewil160 [03:03 PM]: All different ways
LisainNY05 [03:03 PM]: like
Stevewil160 [03:04 PM]: My cock, my finger, my tongue, a dildo, a vibrator
LisainNY05 [03:04 PM]: oh ok yeah thats alot
LisainNY05 [03:04 PM]: of ways
Stevewil160 [03:04 PM]: lol
LisainNY05 [03:05 PM]: ;-)
Stevewil160 [03:05 PM]: Have your breasts developed yet?
LisainNY05 [03:05 PM]: yup
Stevewil160 [03:05 PM]: Do you have big nipples?
LisainNY05 [03:06 PM]: regular i guess
Stevewil160 [03:06 PM]: nice--
LisainNY05 [03:06 PM]: u like nipples
Stevewil160 [03:06 PM]: yes
LisainNY05 [03:06 PM]: ok
Stevewil160 [03:06 PM]: Are you shaved?
LisainNY05 [03:07 PM]: trimd
Stevewil160 [03:07 PM]: I like a little hair down there
Stevewil160 [03:07 PM]: Would you like to exchange pics?
LisainNY05 [03:08 PM]: i wish i had 1 to show u
LisainNY05 [03:08 PM]: can i still c urs
Stevewil160 [03:08 PM]: Can you describe yourself?
LisainNY05 [03:08 PM]: sure im 5' bout 115
LisainNY05 [03:08 PM]: hazel long lt brown
Stevewil160 [03:09 PM]: measurements
LisainNY05 [03:09 PM]: 32c
Stevewil160 [03:09 PM]: very nice
LisainNY05 [03:09 PM]: thnx
Stevewil160 [03:09 PM]: Do you have a cam?
LisainNY05 [03:09 PM]: nope
LisainNY05 [03:09 PM]: do u
Stevewil160 [03:09 PM]: yes
LisainNY05 [03:10 PM]: kewl
LisainNY05 [03:10 PM]: can i c ur pic

Stevewil160 [03:10 PM]: sure--hold on
LisainNY05 [03:10 PM]: k
Stevewil160 [03:11 PM]: sent
LisainNY05 [03:12 PM]: brb
LisainNY05 [03:12 PM]: u look nice nice smile
Stevewil160 [03:12 PM]: thanks
LisainNY05 [03:12 PM]: no prob
LisainNY05 [03:12 PM]: now i wish u can c me
Stevewil160 [03:12 PM]: Me too
Stevewil160 [03:13 PM]: I'm sure you are very pretty
LisainNY05 [03:13 PM]: thnx
Stevewil160 [03:13 PM]: How do you like to have an orgasm?
LisainNY05 [03:14 PM]: whats that meen
Stevewil160 [03:14 PM]: How do you like to cum?
LisainNY05 [03:15 PM]: im sorry dont meen to b stoopid i dont know what thet meesn
LisainNY05 [03:15 PM]: meens
Stevewil160 [03:16 PM]: Have you ever been penetrated by a cock?
LisainNY05 [03:16 PM]: have sex lol yeah
Stevewil160 [03:16 PM]: Did the guy shoot his load?
LisainNY05 [03:16 PM]: yeah
Stevewil160 [03:17 PM]: He came. Did you ever cum?
Stevewil160 [03:17 PM]: Where did he shoot it?
LisainNY05 [03:17 PM]: condom
Stevewil160 [03:18 PM]: Did you ever swallow a load?
LisainNY05 [03:18 PM]: a lil bit was kinna gross
Stevewil160 [03:18 PM]: You have to get used to it.
LisainNY05 [03:18 PM]: i guess
LisainNY05 [03:18 PM]: u ever tried it
Stevewil160 [03:19 PM]: No, but I swallowed a womans cum
LisainNY05 [03:19 PM]: oh ok
LisainNY05 [03:19 PM]: thats the same?
Stevewil160 [03:20 PM]: A woman lets out her juice when she cums
LisainNY05 [03:20 PM]: i know
Stevewil160 [03:20 PM]: Did anyone ever penetrate your ass?
LisainNY05 [03:21 PM]: eww god no
Stevewil160 [03:21 PM]: ok
Stevewil160 [03:21 PM]: Are you looking for a guy to fool around with?
LisainNY05 [03:22 PM]: well mayb
LisainNY05 [03:22 PM]: is that bad
Stevewil160 [03:22 PM]: nope
LisainNY05 [03:22 PM]: u looking for a girl 2 foll with
Stevewil160 [03:22 PM]: It's natural. Yes I am
LisainNY05 [03:22 PM]: ok kelw
LisainNY05 [03:22 PM]: smiley
Stevewil160 [03:22 PM]: Maybe we can mee to ne of these days. Where do you live?
LisainNY05 [03:23 PM]: to n?e
LisainNY05 [03:23 PM]: i live in manhattan
Stevewil160 [03:23 PM]: ok
Stevewil160 [03:23 PM]: I live on Long Island.
Stevewil160 [03:23 PM]: Put me on your buddy list.
LisainNY05 [03:23 PM]: im by houston streetits spelled like that but said howston ???weird
Stevewil160 [03:24 PM]: I know where that is
LisainNY05 [03:24 PM]: ok kewl
LisainNY05 [03:24 PM]: u been by here b4
Stevewil160 [03:24 PM]: yes
LisainNY05 [03:25 PM]: kewl
Stevewil160 [03:25 PM]: I have to get back to work now. It was nice talking with you. Maybe we can talk again soon.
LisainNY05 [03:25 PM]: awwwwwwww
Stevewil160 [03:25 PM]: Maybe we could also meet
LisainNY05 [03:25 PM]: where u goin
Stevewil160 [03:25 PM]: back to work

Stevewil160 [03:25 PM]: would you like that?
LisainNY05 [03:25 PM]: what
Stevewil160 [03:25 PM]: meeting
LisainNY05 [03:26 PM]: sure if u do
LisainNY05 [03:26 PM]: when do u come to nyc
Stevewil160 [03:26 PM]: I would make a special trip to see you.
LisainNY05 [03:26 PM]: wow really
LisainNY05 [03:26 PM]: u gotta a car and stuff
Stevewil160 [03:27 PM]: sure. You sound really nice
Stevewil160 [03:27 PM]: Yes
LisainNY05 [03:27 PM]: thnx
LisainNY05 [03:27 PM]: u do 2
LisainNY05 [03:27 PM]: and i like u r pic
Stevewil160 [03:27 PM]: Thanks. Have you ever rubbed yourself until you came?
LisainNY05 [03:27 PM]: u meen like masterbated
Stevewil160 [03:27 PM]: yes
LisainNY05 [03:27 PM]: sure
LisainNY05 [03:27 PM]: did u ever
Stevewil160 [03:28 PM]: yes
Stevewil160 [03:28 PM]: I shoot big loads.
LisainNY05 [03:28 PM]: ok
LisainNY05 [03:28 PM]: where
Stevewil160 [03:28 PM]: All over-lol
LisainNY05 [03:28 PM]: ur self?
Stevewil160 [03:28 PM]: I like shooting on a girls tits
LisainNY05 [03:28 PM]: oh ok
LisainNY05 [03:29 PM]: i thought u ment when u jo
Stevewil160 [03:29 PM]: I do that too.
Stevewil160 [03:29 PM]: Would love to shoot on your 32c's!
LisainNY05 [03:29 PM]: hehehhee\
LisainNY05 [03:29 PM]: u gonna clean it up
Stevewil160 [03:29 PM]: Sure
LisainNY05 [03:30 PM]: lol ok
LisainNY05 [03:30 PM]: only if u promise to help clkesan
LisainNY05 [03:30 PM]: lol
Stevewil160 [03:30 PM]: I promise
LisainNY05 [03:30 PM]: ok
Stevewil160 [03:31 PM]: Talk to you soon sweetie. Look at my pic when you rub yourself
LisainNY05 [03:31 PM]: that ur only pic
Stevewil160 [03:31 PM]: nope
LisainNY05 [03:31 PM]: can i see
Stevewil160 [03:32 PM]: I have dirty pics at home
LisainNY05 [03:32 PM]: oh really
Stevewil160 [03:32 PM]: I will send you a cock pic when I get home
LisainNY05 [03:32 PM]: of whta
LisainNY05 [03:32 PM]: ok kewl
LisainNY05 [03:32 PM]: when u goin home
Stevewil160 [03:32 PM]: At 5
LisainNY05 [03:32 PM]: k dont 4get
Stevewil160 [03:32 PM]: ok
Stevewil160 [03:33 PM]: bye for now
LisainNY05 [03:33 PM]: so did u really meen it when u said u would drive here just 4 me
Stevewil160 [03:33 PM]: yes
Stevewil160 [03:33 PM]: We can have some fun together
LisainNY05 [03:33 PM]: when
Stevewil160 [03:34 PM]: Maybe on Friday
Stevewil160 [03:34 PM]: Are you free?
LisainNY05 [03:34 PM]: dont know what im doin
LisainNY05 [03:34 PM]: tuesday is kewl
LisainNY05 [03:34 PM]: grams back 2 work
Stevewil160 [03:34 PM]: ok

**LisainNY05 [03:34 PM]:** really
**Stevewil160 [03:34 PM]:** Yes, really
**LisainNY05 [03:34 PM]:** u gotta work or ne thing
**Stevewil160 [03:34 PM]:** Nope
**LisainNY05 [03:35 PM]:** wow how come
**Stevewil160 [03:35 PM]:** I took off Tuesday
**LisainNY05 [03:35 PM]:** why
**Stevewil160 [03:35 PM]:** Monday and Tuesday
**LisainNY05 [03:35 PM]:** tuesday i s good
**Stevewil160 [03:35 PM]:** ok--let me know
**LisainNY05 [03:35 PM]:** i am
**Stevewil160 [03:35 PM]:** ok
**LisainNY05 [03:36 PM]:** tuesday after skool though cause i gotta go 2 skool
**Stevewil160 [03:36 PM]:** ok
**LisainNY05 [03:36 PM]:** ok
**LisainNY05 [03:36 PM]:** :-)
**Stevewil160 [03:36 PM]:** bye for now, sweetie
**LisainNY05 [03:36 PM]:** email me ok
**Stevewil160 [03:36 PM]:** ok
**LisainNY05 [03:37 PM]:** :-D
**Stevewil160 [03:37 PM]:** Will you rub yourself while you are looking at my pic?
**LisainNY05 [03:37 PM]:** if u send more ok
**Stevewil160 [03:37 PM]:** yes
**Stevewil160 [03:37 PM]:** bye
**LisainNY05 [03:38 PM]:** bye

**End IM - 11/23/2005 03:38 PM**