# EXHIBIT C

 

# Member Profile

My Profi

**lisainny05**



I am offline.

Send IM | Send Mail

Add to Address Book
Add to Buddy List
Block Mail
Notify AOL

| | |
|---|---|
| Name | Lisa |
| Location | **NeW YoRk CiTy 4 nOw** |
| Gender | Female |
| Marital Status | No Plans for that 4 a While |
| Hobbies & Interests | Im back in NYC for summer with grandma for at least th of school year i like shopping meeting new friends,I am l am looking to find new friends around here?? |
| Favorite Gadgets | I like computers for chatting, T.V. movies all kinds of stu |
| Occupation | Not yet |
| Personal Quote | ChEcK BaCk |

**What are people saying?** Journals (or blogs) are great for saying what's on your mind. Browse other people's Journals, see top picks and create your own for free at AOL Journals

Warning: Links may contain viruses or objectionable material.

**Search Member Directory Profiles for:**

[ Search ] Advanced

Show only: ☐ Members Online ☐ Profiles with Pictures ☐ Females ☐ Males

Use your settings to see registered users (AIM, Compuserve, Netscape) in your searches.