# EXHIBIT D

This message has been scanned for known viruses.

**From:** Stevewil160
**To:** LisainNY05
**Subject:** (no subject)
**Date:** Wed, 23 Nov 2005 3:11:31 PM Eastern Standard Time



Subj: **hello**
Date: 11/23/2005 7:26:45 P.M. Eastern Standard Time
From: LisainNY05
To: Stevewil160

wher r ya? i waited for ya to get home??

Subj: **Receipt for hello**
Date: 11/24/2005 12:00:04 P.M. Eastern Standard Time
From: Stevewil160
To: LisainNY05

Message subject: hello
When sent: Wed, 23 Nov 2005 18:26:45 EST
Read by: Stevewil160
When read: Thu, 24 Nov 2005 11:00:04 EST

Subj: HI
Date: 11/24/2005 12:29:38 P.M. Eastern Standard Time
From: Stevewil160
To: LisainNY05

Hi, Sweetie. I'm sorry but when I got home, I had to go bowling. Maybe we can speak tomorrow. Have a Happy Thanksgiving!

Subj: **Re: Hi**
Date: 11/24/2005 8:37:30 P.M. Eastern Daylight Time
From: LisainNY05
To: Stevewil160

ok kewl i will b online tomorrow did  u send the other pic u said u were?

-----Original Message-----
From: Stevewil160
To: LisainNY05
Sent: Thu, 24 Nov 2005 11:29:38 AM Eastern Standard Time
Subject: Hi

Hi, Sweetie. I'm sorry but when I got home, I had to go bowling. Maybe we can speak tomorrow. Have a Happy Thanksgiving!

Subj:     **Receipt for Re: Hi**
Date:     11/27/2005 8:07:31 P.M. Eastern Daylight Time
From:     Stevewil160
To:       LisainNY05

Message subject:   Re: Hi
When sent:         Sun, 27 Nov 2005 18:31:02 EST
Read by:           Stevewil160
When read:         Sun, 27 Nov 2005 19:07:31 EST

This message has been scanned for known viruses.

**From:** Stevewil160
**To:** LisainNY05
**Subject:** (no subject)
**Date:** Fri, 25 Nov 2005 2:46:17 PM Eastern Standard Time

**REDACTED**

This message has been scanned for known viruses.

**From:** Stevewil160
**To:** LisainNY05
**Subject:** Hi
**Date:** Sat, 26 Nov 2005 12:24:00 AM Eastern Standard Time

Hi, sweetie. I am sorry I missed you. Hope you had a good night. Speak to you tomorrow. Sweet dreams

This message has been scanned for known viruses.

**From:** LisainNY05
**To:** Stevewil160
**Subject:** Re: Hi
**Date:** Sat, 26 Nov 2005 10:09:58 -0500

hey how r ya my cusin is here so i wont be online much in the weekend ok sorry....dont miss me 2 much lol j/k email me ok ttyl

# LiSa :)

-----Original Message-----
From: Stevewil160
To: LisainNY05
Sent: Sat, 26 Nov 2005 12:24:00 AM Eastern Standard Time
Subject: Hi

Hi, sweetie. I am sorry I missed you. Hope you had a good night. Speak to you tomorrow. Sweet dreams

|  |  |
|---|---|
|  | This message has been scanned for known viruses. |

**From:** Stevewil160
**To:** LisainNY05
**Subject:** Hi
**Date:** Sun, 27 Nov 2005 10:02:12 AM Eastern Standard Time

Hi, sweetie. Just wanted to say hello and see if you have been thinking about me. Maybe you will be online later so we can talk. Have a great day.

| | |
|---|---|
| From: | LisainNY05 |
| To: | Stevewil160 |
| Subject: | Re: Hi |
| Date: | Sun, 27 Nov 2005 6:31:02 PM Eastern Standard Time |

This message has been scanned for known viruses.

hey i got online quick but didnt c ya. yeah i been thinkin bout u u been bout me???? I think u were lol anyway email me and i will chat with ya tomorrow

Subj: **Hi**
Date: 11/28/2005 10:24:59 A.M. Eastern Daylight Time
From: Stevewil160
To: LisainNY05

Hi, How are you. I missed you over the weekend. I will be online at 4 so we can talk. I would also like to talk more on the phone before we meet tomorrow. Catch you later.

Subj: **Re: Hi**
Date: 11/28/2005 3:24:04 P.M. Eastern Standard Time
From: LisainNY05
To: Stevewil160

hey its me gram took me out of skool early so i can go with her and her friend to take my cousin back im not sure what time we will be back 2nite if i get back fast i will b online so we can chat ok if not i can try and call u from skool tomorrow when i have a break? Lemme know ok 😈 see ya tomorrow

●●●●●●●● Original Message ●●●●●●●●●
Subj: Hi
Date: 11/28/2005 9:24:59 A.M. Eastern Standard Time
From: Stevewil160
To: LisainNY05
Sent on:

Hi. How are you. I missed you over the weekend. I will be online at 4 so we can talk. I would also like to talk more on the phone before we meet tomorrow. Catch you later.

Subj: **Receipt for Re: Hi**
Date: 11/28/2005 3:29:56 P.M. Eastern Standard Time
From: Stevewil160
To: LisainNY05

Message subject: Re: Hi
When sent: Mon, 28 Nov 2005 14:24:04 EST
Read by: Stevewil160
When read: Mon, 28 Nov 2005 14:29:56 EST

|         |                                                      |
|---------|------------------------------------------------------|
| **From:**    | Stevewil160                                     |
| **To:**      | LisainNY05                                      |
| **Subject:** | Hi                                              |
| **Date:**    | Mon, 28 Nov 2005 8:36:50 PM Eastern Standard Time |

This message has been scanned for known viruses.

Hi, Sweetie. I guess you aren't home yet. Just remember what you are supposed to do tonight. I want you nice and wet for tomorrow! Call me tomorrow from school.

|  |  |
|---|---|
| **From:** | LisainNY05 |
| **To:** | Stevewil160 |
| **Subject:** | Re: Hi |
| **Date:** | Mon, 28 Nov 2005 21:46:56 -0500 |

This message has been scanned for known viruses.

hey just got home i wont 4 get ok hehehe.. call ya tomorrow yeah!! im xcited

-----Original Message-----
From: Stevewil160
To: LisainNY05
Sent: Mon, 28 Nov 2005 8:36:50 PM Eastern Standard Time
Subject: Hi

Hi, Sweetie. I guess you aren't home yet. Just remember what you are supposed to do tonight. I want you nice and wet for tomorrow! Call me tomorrow from school.