# EXHIBIT E

**Begin IM - 11/25/2005 12:39 PM**

Stevewil160 [12:39 P.M.]: Hi, sweetie. It's Steve. How are you?
LisainNY05 [12:39 PM]: i know its u silly
LisainNY05 [12:40 PM]: im good how r u
Stevewil160 [12:40 PM]: Did you have a good Thanksgiving?
LisainNY05 [12:40 PM]: yup
LisainNY05 [12:40 PM]: did u
Stevewil160 [12:40 PM]: That's good to hear.
LisainNY05 [12:40 PM]: what did u do
Stevewil160 [12:40 PM]: I went to my brothers house
LisainNY05 [12:40 PM]: i just hung round here with gram
LisainNY05 [12:41 PM]: thats nice
Stevewil160 [12:41 PM]: Too bad you couldn't hang around with me--lol
LisainNY05 [12:41 PM]: yesterday?
Stevewil160 [12:41 PM]: just kidding
LisainNY05 [12:41 PM]: oh ok
LisainNY05 [12:41 PM]: i emailed ya
Stevewil160 [12:42 PM]: I know. Do you still want to see another pic of me?
LisainNY05 [12:42 PM]: sure
Stevewil160 [12:42 PM]: I will be home in a little while. Will you still be online?
LisainNY05 [12:42 PM]: what time
Stevewil160 [12:42 PM]: 2
LisainNY05 [12:43 PM]: yeah i should be
LisainNY05 [12:43 PM]: where r u now
Stevewil160 [12:43 PM]: good. I am sure you will like it--lol
LisainNY05 [12:43 PM]: lol okj
LisainNY05 [12:43 PM]: where u at now
Stevewil160 [12:43 PM]: at work
LisainNY05 [12:43 PM]: oh ok that stimks
Stevewil160 [12:44 PM]: I just came in for a little while.
LisainNY05 [12:44 PM]: what u do again?
Stevewil160 [12:44 PM]: I sell Insurance

LisainNY05 [12:44 PM]: oh ok
Stevewil160 [12:45 PM]: So, will you rub yourself when you see my pic?
LisainNY05 [12:45 PM]: depends how it looks l
Stevewil160 [12:45 PM]: lol
LisainNY05 [12:45 PM]: what is it
Stevewil160 [12:46 PM]: Are you horny today?
LisainNY05 [12:46 PM]: not right now
Stevewil160 [12:46 PM]: It's a soft cock pic
LisainNY05 [12:46 PM]: soft
Stevewil160 [12:46 PM]: I took it before it got really hard--lol
LisainNY05 [12:46 PM]: oh ok i get it
LisainNY05 [12:46 PM]: its of you
LisainNY05 [12:46 PM]: ?
LisainNY05 [12:47 PM]: who took it
Stevewil160 [12:47 PM]: yes
Stevewil160 [12:47 PM]: I took it from my cam
LisainNY05 [12:47 PM]: oh ok
LisainNY05 [12:47 PM]: like u r web cam
Stevewil160 [12:47 PM]: yes
LisainNY05 [12:47 PM]: ok
Stevewil160 [12:48 PM]: I think you will like it--lol
Stevewil160 [12:48 PM]: Too bad you don't have a pic to send me.
LisainNY05 [12:49 PM]: i think i will 2
LisainNY05 [12:49 PM]: i wish i had a pic 2
LisainNY05 [12:49 PM]: i think u will like me
Stevewil160 [12:49 PM]: Maybe I could take a pic of you when we meet.
LisainNY05 [12:49 PM]: ok taht b kewl

LisainNY05 [12:50 PM]: that way i will have on mayb u can send it 2 me
Stevewil160 [12:50 PM]: sure
Stevewil160 [12:50 PM]: I will take a face pic and one of those 32c's--lol
LisainNY05 [12:50 PM]: you wanna take pic of my boons
LisainNY05 [12:50 PM]: boobs
LisainNY05 [12:51 PM]: what r u gonna do with it
Stevewil160 [12:51 PM]: sure. Is that ok?
Stevewil160 [12:51 PM]: I will look at it when I am not with you.
LisainNY05 [12:51 PM]: u cant ever show anyone else
Stevewil160 [12:51 PM]: Of course not, sweetie.
Stevewil160 [12:52 PM]: Is your grandmother working on Tuesday?
LisainNY05 [12:52 PM]: yes she isd
LisainNY05 [12:52 PM]: r you
Stevewil160 [12:52 PM]: I am off
LisainNY05 [12:53 PM]: kewl
LisainNY05 [12:53 PM]: u still wqanna hang
Stevewil160 [12:53 PM]: So, you will have the house to yourself?
LisainNY05 [12:53 PM]: yup i do alot
LisainNY05 [12:53 PM]: u wanna come here
Stevewil160 [12:53 PM]: sure
Stevewil160 [12:54 PM]: Is that ok?
LisainNY05 [12:54 PM]: sure that be kewl
Stevewil160 [12:54 PM]: Good
LisainNY05 [12:54 PM]: yup
Stevewil160 [12:54 PM]: I'm sure we can think of something to do--lol
LisainNY05 [12:55 PM]: yes
LisainNY05 [12:55 PM]: well you did say sum things u wanted to do
LisainNY05 [12:55 PM]: u member
Stevewil160 [12:55 PM]: Yes I do--lol
Stevewil160 [12:55 PM]: DO you want to do them too?
LisainNY05 [12:55 PM]: u still wanan do that stuff
Stevewil160 [12:56 PM]: What stuff would you like to do?
LisainNY05 [12:56 PM]: u know silly
Stevewil160 [12:56 PM]: I want you to tell me
LisainNY05 [12:57 PM]: u forgot?
Stevewil160 [12:57 PM]: No, I just want to you to tell me.
LisainNY05 [12:57 PM]: the sex stuff
Stevewil160 [12:58 PM]: Yes, I know-- tell me what you want me to do to you.
LisainNY05 [12:59 PM]: i never done any thing like this b4
LisainNY05 [12:59 PM]: well i did sex things but not type about it lol
Stevewil160 [12:59 PM]: What have you done then?
Stevewil160 [12:59 PM]: You can say it to me
LisainNY05 [12:59 PM]: i had a bf i told u tat right
LisainNY05 [12:59 PM]: that
Stevewil160 [12:59 PM]: yes
LisainNY05 [01:00 PM]: ok well we did bf n gf things hehehe
Stevewil160 [01:00 PM]: Did he ever lick your clit?
LisainNY05 [01:00 PM]: yeah he did that
LisainNY05 [01:00 PM]: its nice
Stevewil160 [01:01 PM]: You just lay down, relax and have a great orgasm
LisainNY05 [01:01 PM]: yeah
LisainNY05 [01:01 PM]: u do that ?
Stevewil160 [01:01 PM]: I love that
Stevewil160 [01:01 PM]: Do you like having your nipples sucked?
LisainNY05 [01:02 PM]: sumtimes it depends
Stevewil160 [01:02 PM]: Do you like being penetrated by a nice cock?
LisainNY05 [01:03 PM]: only did 1 guy
Stevewil160 [01:03 PM]: So you must be very tight.
LisainNY05 [01:03 PM]: i guess so
Stevewil160 [01:03 PM]: Good
LisainNY05 [01:03 PM]: u like that

Stevewil160 [01:04 PM]: Yes
Stevewil160 [01:04 PM]: Do you get very wet?
LisainNY05 [01:04 PM]: `yes
Stevewil160 [01:04 PM]: Then it should slide in very easy
LisainNY05 [01:04 PM]: yes
Stevewil160 [01:05 PM]: What part of Manhattan do you live?
LisainNY05 [01:05 PM]: dontown by houston streetes
Stevewil160 [01:05 PM]: ok
LisainNY05 [01:05 PM]: u knowi t
LisainNY05 [01:05 PM]: where u frfom again
Stevewil160 [01:05 PM]: Seaford, Long Island
LisainNY05 [01:05 PM]: is that far
Stevewil160 [01:06 PM]: It's about 45 minutes from you
LisainNY05 [01:06 PM]: oh ok thats not fqaar
Stevewil160 [01:06 PM]: So how long will your house be free?
LisainNY05 [01:06 PM]: on tuesday till like 9
LisainNY05 [01:06 PM]: mayb 930
Stevewil160 [01:07 PM]: And what time do you get home from school?
LisainNY05 [01:07 PM]: 330
LisainNY05 [01:07 PM]: ish
Stevewil160 [01:07 PM]: That's great
LisainNY05 [01:07 PM]: yup
LisainNY05 [01:07 PM]: when u wanan come
Stevewil160 [01:07 PM]: Like around 4
LisainNY05 [01:08 PM]: ok thats kewl i will go homw and change and drop my books then we can meet by here
Stevewil160 [01:08 PM]: sounds good to me
LisainNY05 [01:08 PM]: do u know around here at all
Stevewil160 [01:08 PM]: I haven't been there in a while
Stevewil160 [01:09 PM]: I know there is an exit Houston St. on the fdr drive
LisainNY05 [01:09 PM]: ok well u gotta tell me where u kow so i know where to meet ya
LisainNY05 [01:09 PM]: i donno? i dont drive LOL
LisainNY05 [01:09 PM]: theres a park like 6 blocks from here\
Stevewil160 [01:10 PM]: I could meet you downstairs in front of your building
LisainNY05 [01:10 PM]: ok like on the cornor
LisainNY05 [01:10 PM]: corner
LisainNY05 [01:10 PM]: *
Stevewil160 [01:10 PM]: yes
LisainNY05 [01:10 PM]: its ave a n houston
LisainNY05 [01:10 PM]: but its called howston
Stevewil160 [01:10 PM]: ok
LisainNY05 [01:10 PM]: kewl
LisainNY05 [01:11 PM]: theres a playground on one of the corners there we can meet by there
Stevewil160 [01:11 PM]: that's ok with me
LisainNY05 [01:11 PM]: kewl
LisainNY05 [01:11 PM]: can i ask ?
Stevewil160 [01:12 PM]: sure
LisainNY05 [01:12 PM]: u member how old i am right
Stevewil160 [01:12 PM]: Why do you ask?
LisainNY05 [01:12 PM]: i just dont want u 2 be mad cause im yunger
Stevewil160 [01:12 PM]: Am I too old for you?
Stevewil160 [01:13 PM]: Why would I be mad?
LisainNY05 [01:13 PM]: lol no like that u r older
LisainNY05 [01:13 PM]: cause im 13
LisainNY05 [01:13 PM]: that ok
Stevewil160 [01:13 PM]: ok
LisainNY05 [01:13 PM]: thnx
LisainNY05 [01:14 PM]: :-D
Stevewil160 [01:14 PM]: Let me get home so I can send you my other pic
LisainNY05 [01:14 PM]: ok kewl
LisainNY05 [01:14 PM]: how long it takes u to get home
Stevewil160 [01:14 PM]: Please don't show it to anyone else

```
LisainNY05 [01:14 PM]:   no way never i promise
Stevewil160 [01:14 PM]:  I have to run a few arrends first
Stevewil160 [01:14 PM]:  errands
LisainNY05 [01:15 PM]:   ok
Stevewil160 [01:15 PM]:  Speak to you in about an hour.
LisainNY05 [01:15 PM]:   ok kewl
Stevewil160 [01:15 PM]:  bye for now
LisainNY05 [01:15 PM]:   if im not here i will be bac k ok
Stevewil160 [01:15 PM]:  ok
LisainNY05 [01:15 PM]:   send pic so i can see it
Stevewil160 [01:15 PM]:  ok
LisainNY05 [01:15 PM]:   k ttyl
```

**End IM - 11/25/2005 01:16 PM**