# EXHIBIT F

**Begin IM - 11/25/2005 02:45 PM**

Stevewil160 [2:45 P.M.]: Hi, I'm sending you the pic.
LisainNY05 [02:46 PM]: o k kewl
Stevewil160 [02:46 PM]: sent
LisainNY05 [02:46 PM]: got it
LisainNY05 [02:46 PM]: kewl thnx
Stevewil160 [02:46 PM]: ok
LisainNY05 [02:46 PM]: that reall y u huh
Stevewil160 [02:47 PM]: Yes
LisainNY05 [02:47 PM]: kewl thnx
LisainNY05 [02:47 PM]: close up
Stevewil160 [02:47 PM]: yes--please keep it to yourself
LisainNY05 [02:47 PM]: i promise
Stevewil160 [02:47 PM]: ok
LisainNY05 [02:47 PM]: :-)
Stevewil160 [02:47 PM]: Does that make you a little horny?
LisainNY05 [02:48 PM]: a lil that u wanted me 2 see it
Stevewil160 [02:48 PM]: yes
LisainNY05 [02:48 PM]: kewl
Stevewil160 [02:49 PM]: Are you wet down there?
LisainNY05 [02:49 PM]: not all the way
Stevewil160 [02:49 PM]: Are your nipples hard?
LisainNY05 [02:50 PM]: no
LisainNY05 [02:50 PM]: are u
LisainNY05 [02:50 PM]: u know
Stevewil160 [02:50 PM]: A little. I would be really hard if I had a pic of you--lol
LisainNY05 [02:50 PM]: awwww
LisainNY05 [02:50 PM]: u wiill have 1 tuesdsy
LisainNY05 [02:51 PM]: u gota camera
Stevewil160 [02:51 PM]: yep
LisainNY05 [02:51 PM]: what kind
Stevewil160 [02:51 PM]: Would you like to talk on the phone to hear each others voices?
Stevewil160 [02:51 PM]: digital
LisainNY05 [02:51 PM]: sure in a few minutes
LisainNY05 [02:51 PM]: way kewl
Stevewil160 [02:52 PM]: If I can;t see a pic, at least I can hear your voice.
LisainNY05 [02:52 PM]: yeah i will call u
Stevewil160 [02:52 PM]: ok
LisainNY05 [02:53 PM]: whats u r #
Stevewil160 [02:53 PM]: 516 659-9565
Stevewil160 [02:53 PM]: Let me turn my cell on
LisainNY05 [02:54 PM]: ok give me a ferw
Stevewil160 [02:55 PM]: ok
Stevewil160 [02:55 PM]: Are you home alone?
LisainNY05 [02:55 PM]: yes r u
Stevewil160 [02:55 PM]: yes
LisainNY05 [02:55 PM]: kewl who u ;live wit
Stevewil160 [02:56 PM]: My daughter
LisainNY05 [02:56 PM]: how old
Stevewil160 [02:56 PM]: 22
LisainNY05 [02:56 PM]: kewl
LisainNY05 [02:56 PM]: she not home now
Stevewil160 [02:56 PM]: nope
LisainNY05 [02:56 PM]: k
LisainNY05 [02:56 PM]: let me sign off and do a few things the n i wil call
Stevewil160 [02:57 PM]: Are you sure that you want to meet me next week?
LisainNY05 [02:57 PM]: yeah
LisainNY05 [02:57 PM]: why
LisainNY05 [02:57 PM]: now u dont??

Stevewil160 [02:57 PM]: ok, just checking  
LisainNY05 [02:57 PM]: do u  
Stevewil160 [02:57 PM]: yes I do  
LisainNY05 [02:57 PM]: oh ok  
Stevewil160 [02:57 PM]: call in a few  
LisainNY05 [02:57 PM]: i will call in like 10  
LisainNY05 [02:57 PM]: ok  
Stevewil160 [02:57 PM]: bye  

**End IM - 11/25/2005 02:58 PM**