# EXHIBIT H

**Begin IM - 11/25/2005 03:19 PM**

Stevewil160 [3:19 P.M.]: Hi
LisainNY05 [03:19 PM]: hey u sound nice
Stevewil160 [03:19 PM]: Thanks, you do too.
LisainNY05 [03:19 PM]: thnx
LisainNY05 [03:20 PM]: i think it will b fun 2 meet
LisainNY05 [03:20 PM]: u r not like a syco killer r ya
Stevewil160 [03:20 PM]: Not a chance
Stevewil160 [03:20 PM]: I was curious about what attracts you to older men?
LisainNY05 [03:20 PM]: boys my age r jerks and immature
Stevewil160 [03:21 PM]: DO you like the expierience that older men have?
LisainNY05 [03:21 PM]: well i havent been with 1 yet
Stevewil160 [03:21 PM]: ok
Stevewil160 [03:22 PM]: Maybe we can change that--lol
LisainNY05 [03:23 PM]: yeah
LisainNY05 [03:23 PM]: kewl
Stevewil160 [03:23 PM]: We have to fix you up with a cam so we can see each other--lol
LisainNY05 [03:24 PM]: yeah mayb after we meet we can get 1
LisainNY05 [03:24 PM]: that would b real kewl
Stevewil160 [03:24 PM]: yes it would
LisainNY05 [03:25 PM]: ;-)
LisainNY05 [03:25 PM]: :-D
Stevewil160 [03:25 PM]: What else have you done with your boyfriend?
LisainNY05 [03:25 PM]: besides what
Stevewil160 [03:26 PM]: sexually, I mean
LisainNY05 [03:26 PM]: we did sex and other things
Stevewil160 [03:26 PM]: ok
LisainNY05 [03:26 PM]: u know what i meen right
Stevewil160 [03:27 PM]: right--but I like you to say it. When you say it, it means you are not ashamed of it.
LisainNY05 [03:27 PM]: i did bj to him and he did that 2 me
Stevewil160 [03:27 PM]: Did he cum when you gave him a bj?
LisainNY05 [03:28 PM]: yes he did
Stevewil160 [03:28 PM]: Where did he cum?
LisainNY05 [03:28 PM]: a lil in mouthe was kinna gross
Stevewil160 [03:29 PM]: and the rest?
LisainNY05 [03:29 PM]: on bed
LisainNY05 [03:29 PM]: and on me
Stevewil160 [03:29 PM]: ok
LisainNY05 [03:29 PM]: yup
LisainNY05 [03:29 PM]: thats bad?
Stevewil160 [03:30 PM]: nope
LisainNY05 [03:30 PM]: goood
Stevewil160 [03:30 PM]: It's sexy to cum on a girls tits too
LisainNY05 [03:30 PM]: yeah?
LisainNY05 [03:30 PM]: why
Stevewil160 [03:30 PM]: yep
Stevewil160 [03:31 PM]: It turns guys and girls on
LisainNY05 [03:31 PM]: oh ok
Stevewil160 [03:31 PM]: If I was rubbing your clit while I was cuming on your tits, wouldn't that turn you on?
LisainNY05 [03:32 PM]: yes
Stevewil160 [03:32 PM]: see
LisainNY05 [03:32 PM]: se what
Stevewil160 [03:32 PM]: I knew it would--lol
LisainNY05 [03:32 PM]: good
Stevewil160 [03:33 PM]: DO you ever masterbate?
LisainNY05 [03:33 PM]: sure i have
LisainNY05 [03:33 PM]: do u
Stevewil160 [03:33 PM]: yes
Stevewil160 [03:33 PM]: WOuld you like to call me and masterbate for me?
LisainNY05 [03:34 PM]: phone sex?
Stevewil160 [03:34 PM]: sure

LisainNY05 [03:34 PM]: sorry thats way weird
Stevewil160 [03:34 PM]: If you can get aroused by that, then when we meet you will really get aroused
LisainNY05 [03:35 PM]: yeah but thats 2 weird in real is nice
Stevewil160 [03:35 PM]: I know--it's ok
LisainNY05 [03:35 PM]: thnx
LisainNY05 [03:35 PM]: u done that b4
Stevewil160 [03:35 PM]: yes
LisainNY05 [03:35 PM]: with who
Stevewil160 [03:36 PM]: It was a little wierd at first, but then it got better
Stevewil160 [03:36 PM]: with a woman silly
LisainNY05 [03:36 PM]: lol from aol i ment silly
Stevewil160 [03:36 PM]: yes
LisainNY05 [03:36 PM]: ok
Stevewil160 [03:36 PM]: we also got off with cams
LisainNY05 [03:37 PM]: ok kewl
LisainNY05 [03:37 PM]: u still chat with her
Stevewil160 [03:37 PM]: I spoke to her about a month ago
LisainNY05 [03:37 PM]: ok
Stevewil160 [03:38 PM]: I guess you like the real thing--lol
LisainNY05 [03:38 PM]: yeah thats nice
Stevewil160 [03:38 PM]: It's the best
LisainNY05 [03:39 PM]: yes
Stevewil160 [03:39 PM]: So. I will bring my digital camera
LisainNY05 [03:39 PM]: ok kewl
LisainNY05 [03:40 PM]: thast good i need pic
Stevewil160 [03:40 PM]: A nice face shot
LisainNY05 [03:40 PM]: yup
LisainNY05 [03:40 PM]: for on here
Stevewil160 [03:40 PM]: And the other shots are for me--lol
LisainNY05 [03:40 PM]: only u
Stevewil160 [03:40 PM]: yes
LisainNY05 [03:40 PM]: u meen the bbob pic right
Stevewil160 [03:40 PM]: right
LisainNY05 [03:40 PM]: ok
Stevewil160 [03:41 PM]: would you like me to take a pic of your you know what?
LisainNY05 [03:41 PM]: my cooch?
Stevewil160 [03:41 PM]: yes
LisainNY05 [03:41 PM]: do you want 1
LisainNY05 [03:41 PM]: of that
Stevewil160 [03:41 PM]: sure
LisainNY05 [03:41 PM]: what wood u do with thtat
Stevewil160 [03:42 PM]: the same thing I would get out of a boob pic
LisainNY05 [03:42 PM]: keep i t in your safe????LOL
Stevewil160 [03:42 PM]: sure
LisainNY05 [03:42 PM]: you would have to give me the combo so i can get it back i f iwanted 2 LOLOLOLOLOLOLOLOLOLOLOL
Stevewil160 [03:42 PM]: lmao
LisainNY05 [03:43 PM]: :-D
Stevewil160 [03:43 PM]: If we like each other, would you like to make it a regular thing?
LisainNY05 [03:44 PM]: like bf n gf
Stevewil160 [03:44 PM]: No, but to meet on a regular basis
LisainNY05 [03:44 PM]: ok
Stevewil160 [03:44 PM]: good
LisainNY05 [03:44 PM]: thats b fun
Stevewil160 [03:45 PM]: DO you ever take the LIRR to long Island?
LisainNY05 [03:45 PM]: no i dont know anyone there
Stevewil160 [03:45 PM]: ok
LisainNY05 [03:45 PM]: that how u gettin here
Stevewil160 [03:45 PM]: The first time I will probably drive
LisainNY05 [03:46 PM]: ok
Stevewil160 [03:47 PM]: I am looking forward to meeting you

LisainNY05 [03:47 PM]: me 2
LisainNY05 [03:47 PM]: u sound nice and fun
Stevewil160 [03:47 PM]: I think we will have a lot of fun
Stevewil160 [03:47 PM]: you too
LisainNY05 [03:47 PM]: i hpe so
Stevewil160 [03:48 PM]: I am a very gentle person so I will be extra slow with you
LisainNY05 [03:48 PM]: good thnx
Stevewil160 [03:49 PM]: The purpose is to enjoy not to be in pain
LisainNY05 [03:49 PM]: yes i dont want to get hurt
Stevewil160 [03:49 PM]: Don't worry
LisainNY05 [03:49 PM]: ok thnx
LisainNY05 [03:49 PM]: will u usse a condom
Stevewil160 [03:50 PM]: I had a vascectomy so you can't get pregnant. I am also disease free. If you want me to use one, I will
LisainNY05 [03:51 PM]: i want you too if its kewl with u
Stevewil160 [03:51 PM]: So, I guess you never felt the warm cum inside you.
LisainNY05 [03:51 PM]: they sdasy in health calass to always use 1 no matter what
LisainNY05 [03:51 PM]: nope
Stevewil160 [03:52 PM]: I will bring one
LisainNY05 [03:52 PM]: thnx
Stevewil160 [03:52 PM]: One day you will feel the cum inside you. You will like it alot--lol
LisainNY05 [03:53 PM]: not till i can have baby
Stevewil160 [03:53 PM]: ok
Stevewil160 [03:53 PM]: My daughter just came home. She needs to use the computer. Will you be online later?
LisainNY05 [03:53 PM]: what t ime
LisainNY05 [03:53 PM]: not sure what im doin 2 day
Stevewil160 [03:54 PM]: Maybe 5 or 6
LisainNY05 [03:54 PM]: i mite
Stevewil160 [03:54 PM]: How about later tonight?
LisainNY05 [03:54 PM]: emai lme if im not on ok
Stevewil160 [03:54 PM]: I will
LisainNY05 [03:54 PM]: k
LisainNY05 [03:55 PM]: bye 4now
Stevewil160 [03:55 PM]: speak to you later
LisainNY05 [03:55 PM]: :-)
Stevewil160 [03:55 PM]: bye, sweetie

**End IM - 11/25/2005 03:55 PM**