# EXHIBIT J

**Begin IM - 11/28/2005 02:30 PM**

Stevewil160 [2:30 P.M.]: Hi, sweetie.
LisainNY05 [02:30 PM]: hey u get my email
Stevewil160 [02:30 PM]: Yes
Stevewil160 [02:31 PM]: How are you?
LisainNY05 [02:31 PM]: good u
Stevewil160 [02:31 PM]: fine
Stevewil160 [02:31 PM]: Do yo7u have to go now?
LisainNY05 [02:31 PM]: in like 10 minutes
LisainNY05 [02:31 PM]: what u doin 2 day
Stevewil160 [02:31 PM]: oh, ok
Stevewil160 [02:32 PM]: Just got home from work
LisainNY05 [02:32 PM]: oh ok thats kewl
LisainNY05 [02:32 PM]: sorry we wont b able 2 chat 2day
Stevewil160 [02:32 PM]: I thought we could talk on the phone but I know you have to go
LisainNY05 [02:32 PM]: i was on quick yesterday but didnt c ya
LisainNY05 [02:32 PM]: thanx
LisainNY05 [02:33 PM]: u want me 2 call from skool quick tomorrow?
Stevewil160 [02:33 PM]: What time will you be back?
LisainNY05 [02:33 PM]: not sur we are meeting my aunt halfed way
Stevewil160 [02:33 PM]: oh, ok
LisainNY05 [02:33 PM]: yeah not sure how far it is
Stevewil160 [02:33 PM]: Would you do me a favor tonight?
LisainNY05 [02:34 PM]: sure
Stevewil160 [02:34 PM]: Before you go to sleep, I want you to masterbate. Then you will be really horny for tomorrow.
LisainNY05 [02:34 PM]: realy that works?
Stevewil160 [02:34 PM]: Yes it does
LisainNY05 [02:34 PM]: are you gonna
Stevewil160 [02:35 PM]: Nope. I am very horny right now!
LisainNY05 [02:35 PM]: ohg ok
LisainNY05 [02:35 PM]: won t that make u more?
Stevewil160 [02:35 PM]: I want to have a full load for you tomorrow
LisainNY05 [02:35 PM]: ok kewl thnx
Stevewil160 [02:35 PM]: When was the last time you masterbated?
LisainNY05 [02:35 PM]: last werekend
LisainNY05 [02:36 PM]: not this one that past other 1
LisainNY05 [02:36 PM]: u know right
LisainNY05 [02:36 PM]: when did u
Stevewil160 [02:36 PM]: Then please do it for me tonight. I jerked off about 5 days ago
LisainNY05 [02:36 PM]: ok
Stevewil160 [02:37 PM]: Too bad you can't call me when you are masterbating
LisainNY05 [02:37 PM]: yeah i know my gram will b home
Stevewil160 [02:37 PM]: I know
LisainNY05 [02:37 PM]: but she wont b here when we r together tomorrow
Stevewil160 [02:37 PM]: That's good to hear--lol
LisainNY05 [02:37 PM]: lol yeah
LisainNY05 [02:37 PM]: so where did u wanna meet at
Stevewil160 [02:38 PM]: The park, like you said
LisainNY05 [02:38 PM]: o kk ewl
LisainNY05 [02:38 PM]: sounds good by dogs'
Stevewil160 [02:38 PM]: It's on Ave A, right?
LisainNY05 [02:38 PM]: yup
Stevewil160 [02:38 PM]: ok
LisainNY05 [02:38 PM]: u know how 2 get there
Stevewil160 [02:38 PM]: Yes I do
LisainNY05 [02:38 PM]: ok kewl
Stevewil160 [02:38 PM]: I checked it out on a map
LisainNY05 [02:38 PM]: oh ok k elw
LisainNY05 [02:39 PM]: kewl
LisainNY05 [02:39 PM]: so then u know where im at
Stevewil160 [02:39 PM]: By the dog path

LisainNY05 [02:39 PM]: yup
LisainNY05 [02:39 PM]: ok i g2g in a few
Stevewil160 [02:39 PM]: Can you be there at 4?
LisainNY05 [02:39 PM]: yeah thats what we said right
Stevewil160 [02:40 PM]: right
LisainNY05 [02:40 PM]: kewl
LisainNY05 [02:40 PM]: u want me 2 call u from skool
LisainNY05 [02:40 PM]: if i can
Stevewil160 [02:40 PM]: Yes--just tell me about what time.
LisainNY05 [02:40 PM]: like 1 or so
Stevewil160 [02:40 PM]: ok
LisainNY05 [02:40 PM]: thats u r cell number i call ed last time
Stevewil160 [02:40 PM]: yes
LisainNY05 [02:40 PM]: ok
Stevewil160 [02:41 PM]: So, you will have to notice me in the park because I don;t know what you look like
LisainNY05 [02:41 PM]: lol i know
LisainNY05 [02:41 PM]: what u gonna weart
LisainNY05 [02:41 PM]: wear
Stevewil160 [02:42 PM]: Jeans and a t shirt
LisainNY05 [02:42 PM]: ok is it gonna b nice again?
Stevewil160 [02:42 PM]: Do you mean when we meet?
LisainNY05 [02:42 PM]: yes like it is 2 day
LisainNY05 [02:42 PM]: the weather
Stevewil160 [02:42 PM]: It should be about 60
Stevewil160 [02:43 PM]: Do you wear skirts?
LisainNY05 [02:43 PM]: k so i wont wear my winter jacket LOL
LisainNY05 [02:43 PM]: for skool i do
Stevewil160 [02:43 PM]: I like that
LisainNY05 [02:43 PM]: but i change when i get home
LisainNY05 [02:43 PM]: i will probally wear jeans n my lite green sweater
LisainNY05 [02:44 PM]: i will let ya know tomorrow
Stevewil160 [02:44 PM]: If you get home before 8 tonight, call me
LisainNY05 [02:44 PM]: ok i will
Stevewil160 [02:44 PM]: ok
LisainNY05 [02:44 PM]: email me if i dont ok
Stevewil160 [02:44 PM]: sure, sweetie
LisainNY05 [02:44 PM]: k thnx
Stevewil160 [02:45 PM]: Speak to you later(hopefully, on the phone)
LisainNY05 [02:45 PM]: me 2
LisainNY05 [02:45 PM]: ttyl
Stevewil160 [02:45 PM]: bye for now

**End IM - 11/28/2005 02:45 PM**