# EXHIBIT L

# D R A F T   T R A N S C R I P T

| | |
|---|---|
| Case: | <u>U.S. v. Jeffrey Musumeci</u> |
| CD: | Musumeci, CD# 2302E, Track 2 |
| Date: | November 29, 2005 |
| Time: | 3:52 PM |
| Length: | 29 min 24 sec |
| Participants: | Undercover Officer ("Lisa") = UC |
| | Detective Sean Ryan = RYAN |
| | Jeffrey Musumeci = MUSUMECI |
| | UNIDENTIFIED MALE 1 = UM1 |
| | UNIDENTIFIED FEMALE = UF1 |
| | UNIDENTIFIED MALE 2= UM2 |
| | UNIDENTIFIED MALE 3 = UM3 |
| Abbreviations: | Unintelligible (U/I) |

**[conversation begins]**

1  UC:  Okay, today's date is November 29, 2005. Yes, you can't hear me?
2  I'm on. Sean, everything's on.  Do you hear me?  Do you hear me?
3  Testing, testing.  Sean, testing, testing.  It's on.  Do you hear me?
4  You don't hear me?  It's on.  You don't hear me?

5  RYAN:  You on?

6  UC:  Yeah, you don't hear me?

7  RYAN:  Now I do.

8  UC:  Uh-oh.
9
10  RYAN:  Alright, we're gonna—

| | | |
|---|---|---|
| 1 | UC: | (U/I) |
| 2<br>3 | RYAN: | Uh, I lost you again.  You're loose.  You have a loose wire or something? 'Cause as you move I'm getting it in and out. |
| 4 | UC: | Okay, um, I don't know (U/I). |
| 5 | RYAN: | Now you're on. |
| 6 | UC: | Okay. |
| 7 | RYAN: | Yeah, you have a loose wire. |
| 8 | UC: | That's great. |
| 9 | UM1: | The batteries— |
| 10 | RYAN: | No, it's the wire— |
| 11 | UC: | No, it's the wire 'cause as I move. |
| 12 | RYAN: | It's going out. |
| 13 | UC: | How about now? |
| 14 | RYAN: | You're good now. |
| 15 | UC: | Am I steady now? |
| 16 | RYAN: | Yeah. |
| 17 | UC: | I'll try not to move. |
| 18 | RYAN: | Let me go to the corner and then come out. |
| 19<br>20 | UC: | Okay. (Coughs).  You hear me now?  Still hear me?  Woohoo!  Ouch. It's a nice light on in here. Okay, I'm coming. |
| 21 | | [Door slams] |
| 22 | | [Honk] |
| 23 | | [Coughs] |

| | | |
|---|---|---|
| 1 | RYAN: | He's on the set. (U/I) quarters (U/I), right? |
| 2 | UC: | I have no quarters. |
| 3 | RYAN: | You need quarters and dimes, right? |
| 4 | UC: | Oh, yeah. |
| 5 | RYAN: | Alright, he's there. |
| 6 | UC: | Okay. |
| 7 | [Street noise.] | |
| 8 | MUSUMECI: | Hello. |
| 9 | UC: | Hi, are you Steve? |
| 10 | MUSUMECI: | How are you? |
| 11 | UC: | Hi, it's me Lisa. |
| 12 | MUSUMECI: | Good. |
| 13 | UC: | Nice to meet you finally. |
| 14 | MUSUMECI: | You want to sit down for a little while? |
| 15 | UC: | Okay. |
| 16 17 | MUSUMECI: | Yeah? Come. I tried to get in here before, but the, the gate is locked here I don't know if there is another way in. |
| 18 19 | UC: | There probably is like on the other side. I think there is, like, maybe on the other side. Like right— |
| 20 | MUSUMECI: | Oh, yeah. |
| 21 | UC: | Oh, you can go right here. |
| 22 | MUSUMECI: | (U/I) and walk in there.  So, Gram's working? |
| 23 | UC: | What? |

3

| 1 | MUSUMECI: | Gram's working? |
| 2 | UC: | Yeah, she's working. |
| 3 | MUSUMECI: | Yeah. |
| 4 | UC: | You look nice. |
| 5 | MUSUMECI: | Thank you. |
| 6 | UC: | I like your jacket. |
| 7 | MUSUMECI: | So do you. |
| 8 | UC: | Thanks. |
| 9<br>10 | MUSUMECI: | This is a little too, uh, warm to wear this jacket, but I figured just in case it rains or something. |
| 11 | UC: | Yeah, it was raining a little bit before I think. |
| 12<br>13 | MUSUMECI: | Yeah, they said it was supposed to rain heavy tonight or something, after midnight? |
| 14 | UC: | Oh, yeah? |
| 15 | MUSUMECI: | Mm-hmm. |
| 16 | UC: | That means all the benches are wet? |
| 17 | MUSUMECI: | Yeah, oh yeah. |
| 18 | UC: | Oh, well. |
| 19 | MUSUMECI: | Well, we'll see. |
| 20 | UC: | What does your screen name mean? |
| 21 | MUSUMECI: | What? |
| 22 | UC: | What's your screen name? |
| 23 | MUSUMECI: | Steve. |

4

| | | |
|---|---|---|
| 1 | UC: | Yeah, well I know that part, but what about the other part? |
| 2 | MUSUMECI: | Oh, that's just, uh, uh, that last, those last three letters? |
| 3 | UC: | Uh-huh. |
| 4 | MUSUMECI: | That's just something I made up. |
| 5 | UC: | You just made that up? |
| 6<br>7<br>8 | MUSUMECI: | Yeah, along with the 1-6-0. I don't know where I got that from. I think it was some combination or something. I don't know. That's not too bad. |
| 9 | UC: | It's only a little wet. |
| 10 | MUSUMECI: | Yeah, it's only a little wet, there you go. |
| 11 | UC: | It's dry over there, isn't it? |
| 12<br>13 | MUSUMECI: | Okay, yeah, you know why? I think that guy was sitting there before. |
| 14 | UC: | (laughs) |
| 15 | MUSUMECI: | So. |
| 16 | UC: | You look nice though. |
| 17 | MUSUMECI: | Thank you, you look very nice. |
| 18 | UC: | Thanks. |
| 19 | MUSUMECI: | So did you, uh— |
| 20 | UC: | Oh that thing last night? Yeah. (Laughs) |
| 21 | MUSUMECI: | Yeah, but? |
| 22 | UC: | What? |
| 23 | MUSUMECI: | But? |

| | | |
|---|---|---|
| 1 | UC: | No, I didn't— |
| 2 | MUSUMECI: | Yeah. |
| 3 | UC: | No but. |
| 4 | MUSUMECI: | Uh-huh— |
| 5 | UC: | I don't know. |
| 6 | MUSUMECI: | You got home—where did you have to take your uh— |
| 7 | UC: | Oh, my cousin? |
| 8 | MUSUMECI: | Cousin, yeah. |
| 9 | UC: | Up, well— |
| 10 | MUSUMECI: | Where'd you have to take her? |
| 11 | UC: | Well, (U/I) to Jersey.  We met, like, in the middle though. |
| 12 | MUSUMECI: | Oh, oh, oh, oh, oh. |
| 13 | UC: | We met, like, in the middle. |
| 14 | MUSUMECI: | Mm-hmm. |
| 15 | UC: | But, I don't know. |
| 16 | MUSUMECI: | Yeah.  I haven't been down here in a long time. |
| 17 | UC: | When was the last time you were here? |
| 18 19 | MUSUMECI: | Oh god, I think about five years ago.  I was down by Delancey Street. |
| 20 | UC: | Oh, really? |
| 21 22 | MUSUMECI: | Yeah.  Right when you come off the bridge.  I think they have a lot of, uh, like, clothing, um— |
| 23 | UC: | I don't really drive, and my Gram doesn't, like, whatever, like, we |

| | | |
|---|---|---|
| 1 | | just, like, take the train usually and stuff. |
| 2 | MUSUMECI: | Uh-huh. |
| 3 | UC: | Or, like, my— |
| 4<br>5 | MUSUMECI: | Well, does she have a—how did she get to where she was going to go last night?  She has a car? |
| 6<br>7 | UC: | Yeah, well she had—her friend has a car and then we borrow it sometimes. |
| 8 | MUSUMECI: | Oh, oh, yeah, because it's hard to have a car here. |
| 9 | UC: | Yeah, there's nowhere to park. |
| 10<br>11<br>12 | MUSUMECI: | I know, besides the park—see, I, I didn't know that there would be, like, parking over here, so I parked, like, three blocks down or something where there was no meters. |
| 13 | UC: | Oh, yeah?  You parked that way? |
| 14 | MUSUMECI: | Yeah. |
| 15 | UC: | Oh, did you, like, bring the camera? |
| 16 | MUSUMECI: | Yeah, but I left it in the car. |
| 17 | UC: | Oh, you left it in the car? |
| 18 | MUSUMECI: | Yeah. |
| 19 | UC: | And it's far away? |
| 20 | MUSUMECI: | Uh, it's about a couple of blocks away. |
| 21 | UC: | Oh, okay. |
| 22 | MUSUMECI: | You want to take walk and go get it?  Or— |
| 23 | UC: | We can go get it. |
| 24 | MUSUMECI: | Yeah, okay.  Alright, good. I parked right by the school. |

7

| 1 | UC: | Up there? |
|---|---|---|
| 2 | MUSUMECI: | There and up that way. |
| 3 | UC: | And up that way. |
| 4 | MUSUMECI: | Right. |
| 5 | UC: | Oh okay. Well— |
| 6 | MUSUMECI: | Is that okay over there? |
| 7 | UC: | Yeah. |
| 8 9 10 | MUSUMECI: | Oh. (Laughs.) 'Cause I don't wanna be taking the train home tonight 'cause my car's missing. Although I did see some nice cars parked there. So they will probably take those cars— |
| 11 | UC: | Take the other ones before yours? |
| 12 | MUSUMECI: | Way before they get to mine, yeah. |
| 13 | UC: | (laughs) That's cool. |
| 14 | MUSUMECI: | It's not too cold for you in that thing, is it? |
| 15 | UC: | No, it's nice out. |
| 16 | MUSUMECI: | Yeah. |
| 17 | UC: | Well, what did you want to do first? |
| 18 19 | MUSUMECI: | Well, you know, we'll go get the camera. And uh, I guess then if everything is ok with you, we'll go upstairs. |
| 20 | UC: | Oh, okay. That's cool. |
| 21 | MUSUMECI: | As long as Gram's not coming home too soon. |
| 22 | UC: | No, she comes home late tonight. |
| 23 | MUSUMECI: | Oh, yeah? |

8

| | | |
|---|---|---|
| 1 | UC: | Yeah. |
| 2 | MUSUMECI: | What does she do for a living? |
| 3 | UC: | She works in a doctor's office. |
| 4 5 | MUSUMECI: | Oh, oh, oh, nice.  See this way you can take a nice pretty face picture and put it on the computer. |
| 6 | UC: | Yeah. Is that all we're gonna take pictures of? |
| 7 | MUSUMECI: | No. |
| 8 | UC: | (Laughs.) |
| 9 | MUSUMECI: | (Laughs.) Well, what would you like to do? |
| 10 | UC: | I don't know.  The stuff we talked about was fun. |
| 11 | MUSUMECI: | Yeah. Okay. |
| 12 | UC: | Sounded fun. |
| 13 | MUSUMECI: | When was the last time you did any of that stuff? |
| 14 | UC: | What? |
| 15 | MUSUMECI: | When was the last time you did any of that stuff? |
| 16 | UC: | Like in the summer. |
| 17 | MUSUMECI: | Oh, yeah? |
| 18 | UC: | Well, when was the last time you did any of that stuff? |
| 19 | MUSUMECI: | Oh, maybe about a month ago? |
| 20 | UC: | Oh, really? |
| 21 | MUSUMECI: | Mm-hmm. |
| 22 | UC: | With who? |

9

| | | |
|---|---|---|
| 1 2 | MUSUMECI: | Oh, with somebody that I used to know that, uh, doesn't live here anymore. |
| 3 | UC: | Oh.  Did it take you a long time to get here? |
| 4 | MUSUMECI: | Uh, actually, no.  I was here at like quarter after three. |
| 5 | UC: | Oh, wow. |
| 6 7 8 | MUSUMECI: | Yeah, I didn't, I—see, when you leave, um, when you leave too much time, you always get there early. When you don't leave enough time, you're always late. |
| 9 | UC: | (Laughs) |
| 10 | MUSUMECI: | So, you can't win, but it's better to be earlier than late. |
| 11 | UC: | Yeah. |
| 12 13 | MUSUMECI: | So, that's why I figured, you know—we might as well go over that way 'cause we gotta go down. |
| 14 | UC: | Oh, you're—that's right, you're across the street. |
| 15 | MUSUMECI: | I actually had it on me and then I, I put it back because— |
| 16 | UC: | You didn't want to carry it? |
| 17 18 19 20 | MUSUMECI: | I didn't want to, I didn't want to keep walking around with it and I didn't realize how far of a walk it was, you know, so I just, I left it back in the car. I figured somebody might of thought that I was trying to take a picture or something or whatever. |
| 21 | UC: | Oh. |
| 22 | MUSUMECI: | People are crazy you know.  Huh. |
| 23 | UC: | That's cool. |
| 24 25 | MUSUMECI: | See and, and even though, like, you don't have the light here, people walk any way.  If there's no cars coming, they just walk. |
| 26 | UC: | If there's no cars, then it's okay. |

| | | |
|---|---|---|
| 1 | MUSUMECI: | Right, exactly. |
| 2 | UC: | Well, did you bring the other things we talked about? |
| 3 | MUSUMECI: | Oh, I brought, um, well, I just brought the camera. |
| 4 | UC: | No, I mean like . . . . |
| 5 | MUSUMECI: | Oh, yes. |
| 6 | UC: | The things. |
| 7 | MUSUMECI: | Oh yes, yeah. |
| 8 | UC: | The condom things. |
| 9 | MUSUMECI: | Yes. |
| 10 | UC: | Oh, okay. |
| 11 | MUSUMECI: | Yeah. |
| 12 | UC: | That's good. |
| 13 14 15 | MUSUMECI: | (U/I), and, and what you learn in school is very good because there's only, there's only two bad things that can happen to ya, when you don't use one. One— |
| 16 | UC: | The pregnant. |
| 17 | MUSUMECI: | One is the pregnant thing. |
| 18 | UC: | Mm-hmm. |
| 19 | MUSUMECI: | And the other is the disease thing. |
| 20 | UC: | Yeah. |
| 21 22 | MUSUMECI: | Right?  I don't have any diseases and I had a vasectomy, so you can't get pregnant. |
| 23 | UC: | Oh, really? |

| | | |
|---|---|---|
| 1 | MUSUMECI: | But I brought it anyway. |
| 2 | UC: | Oh, 'cause they say that you never know. |
| 3 | MUSUMECI: | That's, well— |
| 4 | UC: | And that people get stuff because they don't know they have it. |
| 5 | MUSUMECI: | Right. |
| 6 | UC: | That's what they said. |
| 7 | MUSUMECI: | Well, that's true. So it's always better to be safe than sorry. |
| 8 | UC: | 'Cause, like, what if you, the person you were with last month— |
| 9 | MUSUMECI: | Right. |
| 10 | UC: | Had something and you didn't know it and they didn't know it. |
| 11 12 13 14 | MUSUMECI: | You're absolutely correct. You're right. And it's not even that— you're right. It's not even that they knew it, they may have not have known it, and they might find out later. So I don't want that to happen. |
| 15 16 | UC: | Yeah. What's that other thing you're saying? That, uh, what did you say? A vas—a vasekamy? |
| 17 | MUSUMECI: | Yeah. |
| 18 | UC: | What's that? |
| 19 20 | MUSUMECI: | Yes, that's when you have, um, that's when you have the tube cut, so that no sperm goes through. |
| 21 | UC: | Oh. Did that hurt? |
| 22 23 | MUSUMECI: | Uh, actually, they, they numb you first, obviously. Otherwise (U/I). |
| 24 | UC: | Were you in the hospital for a long time? |
| 25 | MUSUMECI: | No, it only takes a half an hour. |

12

| | | |
|---|---|---|
| 1 | UC: | And then you went home the same day? |
| 2 | MUSUMECI: | Yes. |
| 3 | UC: | Oh, wow. |
| 4 | MUSUMECI: | You go home the same day, and you can fool around at night. |
| 5 | UC: | The same day? |
| 6 7 | MUSUMECI: | Yup. And, and I did that on purpose. This is Avenue B. Okay, so we gotta go up one, couple more. |
| 8 | UC: | More? Okay. |
| 9 | MUSUMECI: | Sorry about that. |
| 10 | UC: | I don't care. |
| 11 | MUSUMECI: | You get cold let me know, you can wear my jacket. |
| 12 | UC: | I'm not cold. |
| 13 14 | MUSUMECI: | Yes, and they tell you to fool around, um, so that any sperm that are left will go, will, will go out. |
| 15 | UC: | Oh, okay. |
| 16 17 | MUSUMECI: | So, I had that in 1998, so I don't think there's anything left in seven years. |
| 18 | UC: | (Laughs) |
| 19 | MUSUMECI: | (Laughs) Which school do you go to? |
| 20 | UC: | I go to a private school. |
| 21 | MUSUMECI: | Oh, yeah? Oh, oh. |
| 22 | UC: | Yeah, I go to Epiphany. Do you know it? |
| 23 | MUSUMECI: | How far away is it? |

13

| 1 | UC: | It's— |
| 2 | MUSUMECI: | Do you walk? |
| 3<br>4 | UC: | Um, it's, yeah, sometimes. It's not, it's not far. It's in, it's on, like, what street is that? It's, like, by, like, 3rd Avenue. |
| 5 | MUSUMECI: | Oh, okay. |
| 6 | UC: | Over there. |
| 7 | MUSUMECI: | So, yeah, it's a, it's a nice little walk. |
| 8 | UC: | By, like, in the twenties. |
| 9 | MUSUMECI: | Mm-hmm. |
| 10 | UC: | I just hate wearing that stupid uniform. |
| 11 | MUSUMECI: | Yeah, I know, I know what you mean. Uh— |
| 12 | UC: | This way? Uh, oh. (Laughs.) |
| 13<br>14<br>15 | MUSUMECI: | Yeah, we gotta go to Avenue C. (U/I) get in from the school entrance. 'Cause I tried to get out from the school entrance and it was like a circle, so— |
| 16 | UC: | Oh, you couldn't get out? |
| 17 | MUSUMECI: | Yea. |
| 18 | UC: | You got trapped? |
| 19<br>20<br>21 | MUSUMECI: | Well, I can go through the circle and come around and come out again, but I couldn't go through, like, to the next avenue. 'Cause I was trying to get to, uh, Avenue A. |
| 22 | UC: | Oh, yeah? |
| 23 | MUSUMECI: | And I couldn't get to Avenue A because (U/I). |
| 24 | UC: | We're going to—we're going to C? |

| | | |
|---|---|---|
| 1 | MUSUMECI: | Yeah. |
| 2 | UC: | Oh, okay. |
| 3 | MUSUMECI: | Sorry about that. |
| 4 | UC: | I don't care. It's hard to find parking. |
| 5<br>6<br>7<br>8 | MUSUMECI: | Yeah, well I didn't—I didn't know. Because sometimes it's really hard, so I didn't want to take a chance, um, I know the, um. If you park on Houston Street, you have to keep putting quarters in the meter and it's only good for like ten minutes a quarter. So. |
| 9 | UC: | And then you have to keep going outside. |
| 10 | MUSUMECI: | That's correct. |
| 11 | UC: | And then keep going outside. |
| 12 | MUSUMECI: | Exactly. |
| 13 | UC: | And then you run out of quarters. |
| 14<br>15 | MUSUMECI: | Right. Exactly. Well, I have a lot of quarters with me just in case, but, you know, I didn't, I thought it was kind of silly. |
| 16 | UC: | Would you have fit here? |
| 17 | MUSUMECI: | Uh, yeah. |
| 18 | UC: | Oh, well. |
| 19 | MUSUMECI: | Sorry. |
| 20 | UC: | (Laughs.) Do you have, like, a truck? |
| 21 | MUSUMECI: | Yeah. |
| 22 | UC: | Or like a big car? |
| 23 | MUSUMECI: | Yes, I have a Toyota 4Runner. |
| 24 | UC: | That's a truck? |

15

| | | |
|---|---|---|
| 1 | MUSUMECI: | Yeah. |
| 2 | UC: | Oh, that's cool. |
| 3 | MUSUMECI: | So, you live on Avenue A? |
| 4 | UC: | Uh-huh. |
| 5 | MUSUMECI: | Oh. |
| 6 7 | UC: | If we went, like, down Avenue A, we would have passed right by it. |
| 8 9 10 | MUSUMECI: | Oh, oh. Yeah, well, I was walking around for a little while, just to see, like, you know, what's around. |
| 11 | UC: | Oh, the stuff? |
| 12 | MUSUMECI: | Yeah. |
| 13 | UC: | The park's all the way that way. |
| 14 | MUSUMECI: | Yes, yeah, I know. On Avenue A. |
| 15 | UC: | Yeah. |
| 16 | MUSUMECI: | Right.  'Cause I saw it on the map. |
| 17 | UF1: | 1-7-9. |
| 18 19 | MUSUMECI: | That's why especially if it was raining out that, that wouldn't be a great place to meet. |
| 20 21 | UM2: | Oh, really? |
| 22 | UC: | Yeah. Then you'd be really wet. |
| 23 | MUSUMECI: | Yeah, exactly. |
| 24 | UC: | And it takes too long to walk back. |
| 25 26 | MUSUMECI: | And there wouldn't be that many—there wouldn't be that many people walking their dogs either. |

| | | |
|---|---|---|
| 1<br>2 | UC: | Yeah, that would make me sad.  But people are used—yeah 'cause then their dogs get muddy, and they don't like that. |
| 3<br>4<br>5 | MUSUMECI: | Yeah, exactly. I know. You got to bring the dog upstairs and you got to wipe him, wipe him all off.  I used to have a little dog.  I had one for, like, fourteen years, but she just passed away in June. |
| 6 | UC: | Oh, sorry. |
| 7 | MUSUMECI: | Yeah, well. You know, it happens. |
| 8 | UC: | You have any dogs now? |
| 9 | MUSUMECI: | No. |
| 10 | UC: | Are you gonna get one? |
| 11<br>12 | MUSUMECI: | Yeah, eventually. But, uh, that was a little Lhasa Apso.  So, it was like a pure bread. |
| 13 | UC: | Oh, what is that? |
| 14<br>15 | MUSUMECI: | It's like a little—the mop dogs—like, you see the dogs that have like— |
| 16 | UC: | The long hair? |
| 17 | MUSUMECI: | Long hair, right. |
| 18 | UC: | It like mops the floor? |
| 19 | MUSUMECI: | Yeah, yeah, yeah. |
| 20 | UC: | (Laughs.) |
| 21 | MUSUMECI: | Yup. |
| 22 | UC: | Which way? |
| 23 | MUSUMECI: | This way. |
| 24 | UC: | Okay. |

| | | |
|---|---|---|
| 1 | MUSUMECI: | This is Avenue C. |
| 2 | UC: | Avenue C. And, uh oh, and 3rd Street, okay. Are you by 4th Street? |
| 3 | MUSUMECI: | Uh, no.  5th Street, sorry. |
| 4 | UC: | (Laughs.) |
| 5 | MUSUMECI: | You get good exercise. |
| 6 | UC: | Yeah, I don't have to go to gym in school anymore. |
| 7 | MUSUMECI: | Oh, no, how come? |
| 8 | UC: | I'm just kidding, 'cause I get my exercise now. |
| 9 | MUSUMECI: | Oh, yeah. (Laughs.) I thought you had a doctor's note.  (Laughs.) |
| 10 11 | UC: | Yeah, I know.  I should. Lisa can't do gym 'cause she doesn't want to take her earrings out. |
| 12 | MUSUMECI: | Oh. |
| 13 | UC: | (Laughs.) |
| 14 | MUSUMECI: | Yeah, that's, that's dangerous when you have earrings in your ears. |
| 15 | UC: | I know and I thought that. |
| 16 | MUSUMECI: | I'm telling you, you can rip the bottom of the ear right off. |
| 17 18 | UC: | I know.  I wanted to wear band-aids 'cause you're supposed to keep them in— |
| 19 | MUSUMECI: | Mm-hmm. |
| 20 | UC: | For a while before you take them out. |
| 21 | MUSUMECI: | Yes, right.  So that the hole stays there and it doesn't close up. |
| 22 | UC: | Yeah, and then when I put it back in it hurts. Oh, well. |
| 23 | MUSUMECI: | Well, you keep putting alcohol on it. |

18

| | | |
|---|---|---|
| 1 | UC: | I know, but that's annoying, and I can't do it all the time when I'm |
| 2 | | in school. |
| 3 | MUSUMECI: | Right.  See I didn't realize how close I could have parked. |
| 4 | UC: | It's okay. It's a good walk, though. |
| 5 | MUSUMECI: | Yeah. |
| 6 | UC: | What color is your car? |
| 7 | MUSUMECI: | White. |
| 8 | UC: | A white one. |
| 9 | MUSUMECI: | A little dirty white. |
| 10 | UC: | Dirty white? |
| 11 | MUSUMECI: | Yeah, well. |
| 12 | UC: | It is really?  Is it white 'cause— |
| 13 | MUSUMECI: | White, white. |
| 14 | UC: | Or is it dirty? (Laughs.) |
| 15 | MUSUMECI: | It's just a little dirty.  On the outside. |
| 16 | UC: | Is that it? |
| 17 | MUSUMECI: | No, it's on, uh— |
| 18 | UC: | One more? |
| 19 | MUSUMECI: | This is the school? Right?  (U/I) make a left here? |
| 20 | UC: | It's on 5th?  I thought you said it was on C. |
| 21 | MUSUMECI: | No, it's on C and 5th. |
| 22 | UC: | So, it's on 5th. |

| | | |
|---|---|---|
| 1 | MUSUMECI: | Well, yeah, but, I, see, I need to remember— |
| 2 | UC: | Oh, you have to walk on this way. |
| 3 | MUSUMECI: | So when I come later, I, I know where it is, yeah. |
| 4 | UC: | Oh, okay. |
| 5 | MUSUMECI: | There it is. |
| 6 | UC: | Where? |
| 7 | MUSUMECI: | Right there. |
| 8 9 | UC: | Oh, okay. And then you have to walk back out 'cause you can't go that way? |
| 10 | MUSUMECI: | That's correct. |
| 11 | UC: | Okay. |
| 12 | MUSUMECI: | Unless you know of a way to get through there.  I don't. |
| 13 | UC: | No, I haven't walked by here. |
| 14 | MUSUMECI: | (Laughs.) I didn't think so.  See?  Camera. |
| 15 | UC: | Oh, it's one—ooo, you can put that on the computer? |
| 16 | MUSUMECI: | No, I, I scan it. |
| 17 | UC: | Oh, I don't have one of those. |
| 18 | MUSUMECI: | I'll scan it for you and then I'll e-mail it to you. |
| 19 | UC: | Okay, cool. |
| 20 | MUSUMECI: | Then you can just download the e-mail. |
| 21 | UC: | Then, you can see them right away. |
| 22 | MUSUMECI: | Yeah, exactly. |

20

| | | |
|---|---|---|
| 1<br>2 | UC: | Well, the other pictures you're not gonna show anybody those, right? You're gonna put them, like, in that secret place? |
| 3 | MUSUMECI: | That's correct. That's my safe. |
| 4<br>5 | UC: | Your safe.  And no one can take it 'cause you said it's stuck to the floor. |
| 6 | MUSUMECI: | That's correct. |
| 7 | UC: | Okay. |
| 8 | MUSUMECI: | I bolt it right in the floor. |
| 9 | UC: | You keep it in your closet? |
| 10 | MUSUMECI: | Yes. |
| 11 | UC: | That's a good spot, then no one can see it. |
| 12 | MUSUMECI: | Right. Under clothes. |
| 13 | UC: | Oh, that's a good idea. |
| 14<br>15 | MUSUMECI: | There's clothes, there's clothes over it.  So it just looks like a mess of clothes. |
| 16 | UC: | Oh, I want one. |
| 17 | MUSUMECI: | At the bottom of the closet. |
| 18 | UC: | I want one.  I'll put my shoes all over it though. |
| 19 | MUSUMECI: | (Laughs.) |
| 20 | UC: | I like shoes. |
| 21 | MUSUMECI: | Oh, yeah? |
| 22 | UC: | Yeah. I'm really glad that you came though. |
| 23<br>24 | MUSUMECI: | Yeah, I'm glad, too.  I told you I was gonna come. I didn't realize it would take me so quick to get here. |

21

| | | |
|---|---|---|
| 1<br>2<br>3 | UC: | But that's not bad 'cause then if you were late and I was waiting there and then I would have thought you weren't coming, and I would have got sad. |
| 4<br>5<br>6 | MUSUMECI: | That's right.  But, you see, I didn't, whatyoumacallit—I didn't have a way to get in touch with you because your number comes up restricted on my phone. |
| 7 | UC: | Oh, yeah.  From my Grandma's house. |
| 8 | MUSUMECI: | Yes. |
| 9 | UC: | I guess you can just do that. |
| 10 | MUSUMECI: | Yeah, of course you can. But I, I just, I don't know. |
| 11 | UC: | 'Cause I don't think my parents' house is like that. |
| 12 | MUSUMECI: | Oh, no? |
| 13 | UC: | I don't think so. |
| 14<br>15 | MUSUMECI: | Well I think you can, uh, you can dial, like, star seventy-seven or star eighty-seven, one of them, and then it, uh, it blocks the calls. |
| 16 | UC: | What do you mean it blocks them? |
| 17<br>18<br>19 | MUSUMECI: | Like, it won't let you—if you're calling me, and you have a private number, it won't let the number through.  You have to press start eighty—two and then dial your number. |
| 20 | UC: | Oh. |
| 21 | MUSUMECI: | And then your number would show up on the phone. |
| 22 | UC: | I'd probably mess that up. |
| 23<br>24<br>25<br>26<br>27<br>28 | MUSUMECI: | Well, but they, they did that because of all these prank phone calls and all, all these different agencies and everything that keep calling you a hundred times a day. You know, it's it's annoying.  You go home, you're sitting down and it's supper, you know, and the phone rings twenty times and it's all these different people trying to sell you things. I was getting calls from Texas, from Florida, |

22

| 1 | | from Ohio, you know, wanting to change my phone service, (U/I) |
| 2 | | all kinds of things. So it's— |

| 3 | UC: | People wanting you to buy things, too? |

| 4 | MUSUMECI: | Yeah, of course. |

| 5 | UC: | That's annoying. |

| 6 | MUSUMECI: | I know.  So, now— |

| 7 | UC: | Then, you never know— |

| 8 | MUSUMECI: | So, now I put my number, you know, restricted and also there's a |
| 9 | | special thing that you fill out, um, that I guess goes to, like, a |
| 10 | | national thing or something where, where all these companies can't |
| 11 | | call you anymore.  And then if they call you, then it's violation, |
| 12 | | and then they can get into trouble. |

| 13 | UC: | Oh. |

| 14 | MUSUMECI: | So, yeah.  So, then all the phone calls stopped.  Which was, which |
| 15 | | was great. |

| 16 | UC: | My grandma should get that. |

| 17 | MUSUMECI: | Yeah. Well, I'm sure they call all the time. Especially if you have a |
| 18 | | listed number. Your number is listed in the phone book there's five |
| 19 | | million people that have, that can get that number. |

| 20 | UC: | I didn't know, I didn't look. |

| 21 | MUSUMECI: | Oh. |

| 22 | UC: | I guess we can walk down this one. |

| 23 | MUSUMECI: | Yes. |

| 24 | UC: | I think it's cool though that you came though and I like that, you |
| 25 | | know, you don't care I'm 13 and stuff, and you didn't get mad at |
| 26 | | me. |

| 27 | MUSUMECI: | Well I, I care a little bit, but I'm not going to do anything to get you |

| | | |
|---|---|---|
| 1 | | into trouble, so you don't have to worry. |
| 2 | UC: | Okay, cool. |
| 3 | MUSUMECI: | You certainly don't look it. |
| 4<br>5<br>6 | UC: | Oh, thanks.  That's good.  'Cause my mom and dad and my grandma will all kill me and then I probably wouldn't be able to stay here and— |
| 7 | MUSUMECI: | Well, they'd kill you and then they'd kill me. (Laughs.) |
| 8 | UC: | And then they'd, then I'd probably have to go back home again. |
| 9 | MUSUMECI: | Well, was there, did, did you wanna stay here with your Grandma? |
| 10 | UC: | Yeah. |
| 11<br>12 | MUSUMECI: | Oh. Lets go away from here before you get a big crane on your head. |
| 13 | UC: | Uh, oh.  This way?  They're building a building. |
| 14 | MUSUMECI: | Yeah.  Yup. |
| 15 | UC: | That's cool. |
| 16 | MUSUMECI: | They're always building something in the city. |
| 17 | UC: | Yeah, there's always stuff up like this.  Cones and stuff. |
| 18 | MUSUMECI: | (U/I) my daughter doesn't start (U/I). |
| 19 | UC: | She calls you a lot? Where is she now? |
| 20 | MUSUMECI: | She's working. |
| 21 | UC: | Oh. |
| 22 | MUSUMECI: | She works at Banana Republic. |
| 23 | UC: | Oh, that's a good— |

24

| | | |
|---|---|---|
| 1 | MUSUMECI: | A clothing, a clothing store. |
| 2 | UC: | That's like—they have really nice clothes. |
| 3<br>4 | MUSUMECI: | I know! She get's all her stuff now from Banana Republic because she gets a discount. |
| 5 | UC: | That's a good idea. |
| 6 | MUSUMECI: | Yeah. (Laughs.) |
| 7 | UC: | Working at a store that, where you like their clothes. |
| 8 | MUSUMECI: | Yup. She's also going to college to be a teacher. |
| 9 | UC: | Oh, that's cool. |
| 10 | MUSUMECI: | Yeah, she's supposed to finish in May. |
| 11 | UC: | And she lives with you? |
| 12 | MUSUMECI: | Yup. For now. I'm hoping she moves out with her boyfriend. |
| 13 | UC: | Oh, she has a boyfriend, too? |
| 14 | MUSUMECI: | Yup. |
| 15 | UC: | That's cool. |
| 16 | MUSUMECI: | Oh, you had a boyfriend, too, right? |
| 17 | UC: | Yeah. |
| 18<br>19 | MUSUMECI: | Now, today you see five million people walking with their cell phones. |
| 20 | UC: | Yup, everybody has one. |
| 21<br>22<br>23 | MUSUMECI: | I know.  The worst is when you're, when you get older and you're driving, and you see people talking on their cell phone instead of paying attention to the road. |
| 24 | UC: | Yeah, then you could get into a accident. |

| | | |
|---|---|---|
| 1 | MUSUMECI: | That's correct. It's also, you could get a ticket. |
| 2 | UC: | Yeah. |
| 3 | MUSUMECI: | For using your cell phone in the car. |
| 4 | UC: | Bet you that's expensive one. |
| 5<br>6 | MUSUMECI: | Yeah, it's like a hundred, hundred and fifty bucks or something.<br>Yup, it's like a hundred and fifty bucks. |
| 7 | UC: | Wow, that's expensive. |
| 8<br>9<br>10 | MUSUMECI: | A friend of mine got two already.  I said, when are you going to smarten up. I said they're just, they're just looking for you, they're just going to make money off you. |
| 11 | UC: | All you need is to get the ear thing. |
| 12 | MUSUMECI: | Yeah, I know.  That's what I have in my car. |
| 13 | UC: | Oh, you have to go one more. |
| 14<br>15<br>16<br>17 | MUSUMECI: | I have the microphone that's hooked up with a speaker, so this way you just talk into the phone, and, and it, it comes right out the speaker when you talk.  So, this way you don't have to use your hands.  And if everybody got those, it'd save a lot of accidents. |
| 18 | UC: | Yeah. I don't like the way that cabs drive. |
| 19 | MUSUMECI: | Yeah, well. |
| 20 | UC: | They don't stop.  They go really fast and then they don't stop. |
| 21<br>22 | MUSUMECI: | You should see them in, like, midtown Manhattan.  They'll, they kill you. They'll run over ya just to get the fare, the next fare. |
| 23 | UC: | That's stupid. |
| 24<br>25<br>26<br>27 | MUSUMECI: | Yeah, I know.  Well, but that's how they make their living. And the quicker they get you there, where ever you want to go, the quicker they get you, the quicker they can pick up somebody else, right?  And make more money. |

26

| 1 | UC: | Yeah. |
| 2 | MUSUMECI: | Well, that's the way it works. |
| 3 | UC: | Yeah, but that's not nice. |
| 4 | MUSUMECI: | They used to have—I don't know if you re—if, if you know, uh, |
| 5 | | like Domino's Pizza? They used to have a thing where if they |
| 6 | | don't get it to you within five minutes or something your pizza's |
| 7 | | free. And they used to have these drivers driving all these kids |
| 8 | | driving all over the place having accidents trying to get to where |
| 9 | | they are supposed to go really quick. So they had to stop that. |
| 10 | UC: | Oh. |
| 11 | MUSUMECI: | Because too many people were having accidents. |
| 12 | UC: | Five minutes? |
| 13 | MUSUMECI: | Yeah, whatever it is. Five minutes, fifteen minutes, whatever it is, |
| 14 | | they got to get to you in a certain amount of time, otherwise the |
| 15 | | pizza is free. So, to stop the pizza from being free, the owners |
| 16 | | would make the kids, who're taking their cars, drive really fast and |
| 17 | | crazy to get to where they're supposed to go. Wow (U/I) this dog? |
| 18 | UC: | That's a little dog. I think it's a puppy. That's a big guy with a little |
| 19 | | dog. How tall are you? |
| 20 | MUSUMECI: | Five-ten. |
| 21 | UC: | Five-ten. One day, maybe I can be that tall. (U/I) Does it work |
| 22 | | right away? |
| 23 | MUSUMECI: | What? |
| 24 | UC: | You can see, like, the pictures, like. |
| 25 | MUSUMECI: | Sure. |
| 26 | UC: | That's cool. Do you have a lot of, of, of pictures in there? |
| 27 | MUSUMECI: | Not a lot, but, but enough. |

| 1 | UC: | How many? |
| 2 | MUSUMECI: | I don't know exactly. |
| 3 | UC: | It doesn't say? |
| 4 5 6 | MUSUMECI: | Yeah, it does, somewhere.  When you look into it.  Somewhere, but.  You know, if everything goes okay, there's no reason why we can't do this again. |
| 7 | UC: | Yeah. |
| 8 | MUSUMECI: | Right? |
| 9 | UC: | Yeah, 'cause if we like each other, then that's cool. |
| 10 11 | MUSUMECI: | Now at least I don't have to worry about putting quarters in the meter. |
| 12 | UC: | Yeah, it would have been good just for right here. |
| 13 | MUSUMECI: | Yeah. (Laughs.)  Yeah, just let me get rid of this car. |
| 14 | UC: | You need a smaller car. |
| 15 | MUSUMECI: | Yeah. |
| 16 | UC: | I live right at this one. |
| 17 18 | MUSUMECI: | Smaller cars are good except when you're in the snow, (U/I) when your carrying things, you know, you need a lot of room in the back. |
| 19 | UC: | Oh. |
| 20 | MUSUMECI: | Then, it's not so good to have a small car. |
| 21 | UC: | Yeah. Thanks. Sometimes the key is open already. |
| 22 | UM3: | Police! (U/I) Hold it! Don't move! Come here! |
| 23 | UC: | (U/I) |
| 24 | UM3: | Damn it. |

28

1    UC:                I didn't do anything!

2    UM3:               Stop this shit!