# EXHIBIT C

 

**Featured-Filled Calling Plans for $14.9** Start Sav

# Member Profile

My Profi

| lisainny05 |
|---|



I am offline.

Send IM    Send Mail

Add to Address Book
Add to Buddy List
Block Mail
Notify AOL

**What are people saying?** Journals (or blogs) are great for saying what's on your mind. Browse other people's Journals, see top picks and create your own for free at AOL Journals

| Profile | Pictures |
|---|---|

| | |
|---|---|
| Name | Lisa |
| Location | NeW YoRk CiTy 4 nOw |
| Gender | Female |
| Marital Status | No Plans for that 4 a While |
| Hobbies & Interests | Im back in NYC for summer with grandma for at least th of school year i like shopping meeting new friends, I am I am looking to find new friends around here?? |
| Favorite Gadgets | I like computers for chatting, T.V. movies all kinds of stu |
| Occupation | Not yet |
| Personal Quote | ChEcK BaCk |

Warning: Links may contain viruses or objectionable material.

**Search Member Directory Profiles for:**

[                                                                 ]  Search   Advanced

Show only: ☐ Members Online  ☐ Profiles with Pictures  ☐ Females  ☐ Males

Use your settings to see registered users (AIM, Compuserve, Netscape) in your searches.