# EXHIBIT G

# DRAFT TRANSCRIPT

| | |
|---|---|
| Case: | <u>U.S. v. Jeffrey Musumeci</u> |
| Date: | November 25, 2005 |
| Time: | 3:07 P.M. |
| Length: | 7 min 46 sec |
| Participants: | Detective Sean Ryan = RYAN<br>Undercover Officer = UC<br>Jeffrey Musumeci = MUSUMECI |
| Abbreviations: | Unintelligible = (U/I) |

**[conversation begins]**

| | | |
|---|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9<br>10<br>11 | RYAN: | Today's date is November 25th of 2005. The time now is fifteen o-seven hours. This is Detective Ryan, (U/I) shield 7910 Vice Enforcement Division Sexual Exploitation Children Squad. This recording is being made on Panasonic recorder 94777 in a non-serialized audio cassette tape. Phone call is being placed in connection with an ongoing investigation of an individual with an AOL screen identifier of Stevewil60. S-T-E-V-E-W-I-L-1-6-0. Phone call is being placed from undercover phone 2-1-2-5-8-7-7-6-9-6 to subject phone 5-1-6-6-5-9-ninety-five–sixty-five. The undercover for this portion of the investigation is Detective Psomas for voice recognition please state your name and shield number. |
| 12 | UC: | Detective Psomas shield 7939. |
| 13<br>14 | RYAN: | Do we have your permission to record your conversation between yourself and the previously named subject? |
| 15 | UC: | Yes. |
| 16 | RYAN: | At this time I will pause the recorder, hook it up the undercover |

| | | |
|---|---|---|
| 1 | | phone line. As the undercover places the phone call, I will start the |
| 2 | | recorder. |
| 3 | [Dial Tone] | |
| 4 | UC: | Where is he now? |
| 5 | RYAN: | (U/I) |
| 6 | [Phone Ringing] | |
| 7 | MUSUMECI: | Hello? |
| 8 | UC: | Hello. Is this Steve? |
| 9 | MUSUMECI: | Hi! How you—. |
| 10 | UC: | Hi. |
| 11 | MUSUMECI: | doing? |
| 12 | UC: | Okay. How are you? |
| 13 | MUSUMECI: | Good, good. What's happening? |
| 14 | UC: | Nothin. |
| 15 | MUSUMECI: | Nothin? |
| 16 | UC: | Nothin. What are you doing? |
| 17 | MUSUMECI: | Oh, watching TV. |
| 18 | UC: | You know who this is, right? |
| 19 | MUSUMECI: | Lisa? |
| 20 | UC: | Okay. |
| 21 | MUSUMECI: | Okay. |
| 22 | UC: | Just checking. |

| | | |
|---|---|---|
| 1 | MUSUMECI: | Yup. Um, so, uh, Grandma's working today? |
| 2 | UC: | Yeah, for a little while. |
| 3 | MUSUMECI: | Oh. Mm-hm. So did you like my pics? |
| 4 | UC: | Y—yeah, they are nice. |
| 5 | MUSUMECI: | Yeah? That's good. And, uh, you said that there's a, uh, park? |
| 6 | UC: | Oh yeah, by here, like, six blocks. I think, like that. |
| 7 | MUSUMECI: | Uh-huh. Okay, alright, well that (U/I). |
| 8<br>9 | UC: | I (U/I) don't care cause, like, um, like, the other side of me, like that corner. |
| 10 | MUSUMECI: | Yeah. |
| 11 | UC: | Is like Houston. |
| 12 | MUSUMECI: | Uh-huh. |
| 13 | UC: | And, like, Avenue A over there. |
| 14 | MUSUMECI: | Okay. (U/I) |
| 15<br>16 | UC: | But the other one is like Tompkins Square Park. Do you know where that? |
| 17 | MUSUMECI: | No, not really. |
| 18 | UC: | Oh, it's just, like, on the other side. I go there sometimes. |
| 19 | MUSUMECI: | Yeah? |
| 20 | UC: | Yeah. |
| 21<br>22 | MUSUMECI: | Well, I could always ask somebody when I get o—like, how far away is it from your house? |
| 23 | UC: | Like, a few minutes, I guess, like. |

3

| | | |
|---|---|---|
| 1 | MUSUMECI: | Okay. |
| 2 | UC: | When I walk. |
| 3 4 5 | MUSUMECI: | Uh-huh. Okay, well I can ask somebody where it is, but, um, where would I know to meet you there? Like wh—where in the park? |
| 6 | UC: | Um, I don't know. Well, I like to hang out by the dogs. |
| 7 | MUSUMECI: | Uh-huh. Okay. |
| 8 9 | UC: | Cause, by, like, there's, like, it's like the, um, I guess, like, the bigger path over there. |
| 10 | MUSUMECI: | Okay. |
| 11 | UC: | It's, like, right by the bathroom. |
| 12 | MUSUMECI: | Okay. And the dogs hang out there. |
| 13 | UC: | Yeah, they have, like, a dog run. |
| 14 | MUSUMECI: | Oh, wow. Oh, that's cool. |
| 15 | UC: | So, yeah, I like it. So, I go there a, I look at the dogs a lot. |
| 16 17 | MUSUMECI: | Mm-hm. Okay. Um, so is there anything, like, you want to ask me or anything, or? |
| 18 | UC: | Um, I don't know. Like what? |
| 19 | MUSUMECI: | What? |
| 20 | UC: | I don't know. |
| 21 | MUSUMECI: | Oh, no? |
| 22 | UC: | I dunno. Is there anything you, like, want to ask me? |
| 23 24 | MUSUMECI: | Well, you know, I, I, I mean I, I, I never met you or anything like that, um, so are you comfortable with that? |

| | | |
|---|---|---|
| 1 | UC: | With what? |
| 2 | MUSUMECI: | You know, are you okay with meeting? |
| 3 | UC: | Yeah. |
| 4 | MUSUMECI: | Okay. |
| 5 | UC: | Are you? |
| 6<br>7 | MUSUMECI: | Yeah, I, you know, I just, you know, thought that, you know, you, you might be a little uncomfortable with it. |
| 8 | UC: | No, I think you're really nice. |
| 9 | MUSUMECI: | Oh, thank you. You sound really nice, too. |
| 10 | UC: | Thanks. |
| 11 | MUSUMECI: | Um, so, alright, so, um, Tuesday your Gram will be working? |
| 12 | UC: | Yeah. She goes back to work then. |
| 13 | MUSUMECI: | Oh, okay. Um. |
| 14 | UC: | You want to come here, right? |
| 15 | MUSUMECI: | Yeah, well, or (U/I) I thought you wanted to meet at the park. |
| 16 | UC: | Yeah. |
| 17 | MUSUMECI: | Okay. So you tell me what you want to do. |
| 18 | UC: | Well, like, you know, like, if we like each other, like, in person. |
| 19<br>20 | MUSUMECI: | Mm-hm. Okay. So would you like to meet right in front of your house? |
| 21<br>22 | UC: | Well, after, like, we meet, like, I guess, like, in the park or somewhere. |
| 23<br>24 | MUSUMECI: | Oh, okay, fine. Okay. So, we'll, we'll meet in the park and then afterwards we'll see what happens. |

| | | |
|---|---|---|
| 1 | UC: | Okay. |
| 2 | MUSUMECI: | Does that sound good? |
| 3 | UC: | Yeah, that's cool. |
| 4 | MUSUMECI: | Okay. That's cool with me, too. |
| 5 | UC: | Okay, cool. |
| 6 | MUSUMECI: | Alright? |
| 7 | UC: | Okay. Are you gonna be online now? |
| 8 | MUSUMECI: | Uh, yeah. I'll go back online if you want to talk some more. |
| 9 | UC: | Okay. Cool. |
| 10 | MUSUMECI: | Okay? |
| 11 | UC: | Okay. |
| 12 | MUSUMECI: | Alright. |
| 13 | UC: | (U/I) |
| 14<br>15 | MUSUMECI: | And, and, uh, whatchamacallit, um, be very careful with my pic, okay? |
| 16 | UC: | Okay. Oh, no, I wouldn't show anybody. I erased it already. |
| 17<br>18 | MUSUMECI: | Okay, alright. 'Cause, you know, that's not, you know, you're not really supposed to send that stuff over the internet. |
| 19 | UC: | Oh. |
| 20 | MUSUMECI: | Yeah. |
| 21 | UC: | Why not? |
| 22 | MUSUMECI: | Well. |
| 23 | UC: | It's just a picture. |

| | | |
|---|---|---|
| 1<br>2<br>3<br>4 | MUSUMECI: | Yes, I, I, believe me, I understand. But, um, you know, if—let's put it this way. Let's say you had a profile, okay? And you had nude pictures in there. AOL would kick you off because you're not allowed to have pictures like that in a profile. Okay? But— |
| 5 | UC: | Oh. |
| 6 | MUSUMECI: | So, that's not allowed. So, I don't know if this is allowed either. |
| 7<br>8 | UC: | Yeah, but don't, like, don't, like, si—like, other sites have, like, naked people on it. |
| 9<br>10<br>11<br>12 | MUSUMECI: | Oh, yes, I'm sure they do. Yes. There must be a million of them. Yes. I, I understand, but that's like a public site where everyone can go to and see all the pics. Okay. This is different. But, anyway, you know, I'm glad you liked it and you erased it. |
| 13 | UC: | Yeah, I did. |
| 14 | MUSUMECI: | Okay, alright, um. Just— |
| 15 | UC: | Did you take that to—like, today? |
| 16 | MUSUMECI: | No. |
| 17 | UC: | Oh. |
| 18<br>19<br>20 | MUSUMECI: | I, I've had that, um, pic on—it's on a disk. I ke—I have it on a disk, so that my daughter doesn't actually, you know, accidentally put in that disk in the computer. |
| 21 | UC: | Oh. |
| 22 | MUSUMECI: | So— |
| 23 | UC: | You keep it somewhere where, like— |
| 24 | MUSUMECI: | Yes. |
| 25 | UC: | She wouldn't find it? |
| 26 | MUSUMECI: | Yes. Like, in my safe. |

| | | |
|---|---|---|
| 1 | UC: | You, why you, why you have a safe? |
| 2<br>3 | MUSUMECI: | Well, because I keep jewelry in there and I have some, like, coins that are worth a lot of money that I keep in there. Um— |
| 4 | UC: | You hide it under your bed? |
| 5<br>6 | MUSUMECI: | Uh, no. It's actually somewhere else in the house, and it's bolted down to the floor. |
| 7 | UC: | Oh, so, like, no one can steal it? |
| 8 | MUSUMECI: | That's the whole idea, yes. (Laughs.) So, alright? So. |
| 9 | UC: | Oh, okay. |
| 10 | MUSUMECI: | Okay? So you have fun, okay? |
| 11 | UC: | Okay. I'm going to talk to you though now online though, right? |
| 12 | MUSUMECI: | Yes. |
| 13 | UC: | Okay, cool. |
| 14 | MUSUMECI: | I'm, I'm going to go on in two minutes. |
| 15 | UC: | Okay, cool. |
| 16 | MUSUMECI: | Alright. |
| 17 | UC: | Okay. |
| 18 | MUSUMECI: | Bye, sweetie. |
| 19 | UC: | Bye. |
| 20<br>21 | RYAN: | The time now is fifteen-fifteen hours Detective Ryan (U/I) to this recording. |