# EXHIBIT I

Case 1:07-cr-00402-RMB    Document 15-10    Filed 07/16/2007    Page 1 of 2

**Begin IM - 11/26/2005 2:56 PM**

**LisainNY05 [2:56 PM]:** hey
**Stevewil160 [2:58 PM]:** Hi, How are you?
**LisainNY05 [2:58 PM]:** good u
**LisainNY05 [2:58 PM]:** i got u r email
**Stevewil160 [2:58 PM]:** pretty good
**Stevewil160 [2:58 PM]:** thanks good
**LisainNY05 [2:59 PM]:** what u doin
**LisainNY05 [2:59 PM]:** cant chat long
**Stevewil160 [2:59 PM]:** Where is your cousin?
**LisainNY05 [2:59 PM]:** bathroom
**Stevewil160 [2:59 PM]:** ok

**Stevewil160 [3:00 PM]:** Have you been thinking about Tuesday?
**LisainNY05 [3:00 PM]:** yes
**LisainNY05 [3:00 PM]:** have you
**Stevewil160 [3:00 PM]:** Me too
**LisainNY05 [3:00 PM]:** i think it will b e sooooo much fun
**Stevewil160 [3:00 PM]:** Yes it will--lol
**LisainNY05 [3:00 PM]:** kewl
**Stevewil160 [3:01 PM]:** I will make you feel very good!
**LisainNY05 [3:01 PM]:** i know
**LisainNY05 [3:01 PM]:** :-)
**Stevewil160 [3:01 PM]:** I love to play with your nipples
**LisainNY05 [3:01 PM]:** ok :-D
**Stevewil160 [3:02 PM]:** What do you like to play with?
**LisainNY05 [3:02 PM]:** u know
**LisainNY05 [3:02 PM]:** everything
**Stevewil160 [3:02 PM]:** What color hair and eyes do you have?
**LisainNY05 [3:03 PM]:** dirty blonde n hazel
**LisainNY05 [3:03 PM]:** u 4got?
**Stevewil160 [3:03 PM]:** I'm sure you will make me feel good too--lol
**LisainNY05 [3:03 PM]:** i will try
**Stevewil160 [3:03 PM]:** I didn't know if it was long or short
**LisainNY05 [3:03 PM]:** long
**Stevewil160 [3:03 PM]:** I will teach you
**LisainNY05 [3:03 PM]:** likje past shoulders n curly
**LisainNY05 [3:03 PM]:** ok kewl thnx
**Stevewil160 [3:04 PM]:** This way you will be experienced
**LisainNY05 [3:04 PM]:** yeah thats good
**LisainNY05 [3:05 PM]:** hey sorry g2g
**LisainNY05 [3:05 PM]:** email me ok
**Stevewil160 [3:05 PM]:** ok, bye for now
**Stevewil160 signed off at 3:05 PM**

**End IM - 11/26/2005 3:05 PM**