# EXHIBIT K

**DRAFT TRANSCRIPT**

| | |
|---|---|
| Case: | <u>U.S. v. Jeffrey Musumeci</u> |
| Date: | November 29, 2005 |
| Time: | 1:12 PM |
| Length: | 3 min 21 sec |
| Participants: | Detective Sean Ryan = RYAN<br>Undercover Officer = UC<br>Jeffrey Musumeci = MUSUMECI |
| Abbreviations: | Unintelligible (U/I) |

**[conversation begins]**

| | | |
|---|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9<br>10<br>11<br>12<br>13 | RYAN: | Today's date is Oc—, October. Today's date is November 29th, 2005. The time now is thirteen-twelve hours. This is Detective Ryan, Shield 7910, Vice Enforcement Division Sexual Exploitation Children's Squad. This recording is being made on Panasonic recorder 94777 on a non-serialized audio cassette tape. Phone call is being placed in connection with an ongoing investigation of an individual with an AOL screen identifier of Stevewil160, S-T-E-V-E-W-I-L-1-6-0 with an a.k.a. of Steve from Long Island. Phone call is being placed (U/I) undercover, undercover phone line 2-1-2-5-8-7-7-6-9-6 to subject phone number 5-1-6-6-5-9-9-5-6-5. The undercover for this portion of the investigation is Detective Psomas. For voice recognition, please state your name and shield number . |
| 14 | UC: | Detective Psomas, Shield 7939. |
| 15<br>16 | RYAN: | Do I have your permission to record a conversation between yourself and the previously named subject? |
| 17 | UC: | Yes. |

| | | |
|---|---|---|
| 1<br>2<br>3 | RYAN: | At this time I will pause the recorder and hook you up to the undercover phone line. As the undercover places the phone call, I will start the recorder. |
| 4 | [Dial Tone] | |
| 5 | [Phone Rings] | |
| 6 | UC: | (coughs) |
| 7 | MUSUMECI: | Hello? |
| 8 | UC: | Hello, Steve? |
| 9 | MUSUMECI: | Yeah, hi— |
| 10 | UC: | Hi. |
| 11 | MUSUMECI: | Lisa. How are you? |
| 12 | UC: | Okay. How are you? |
| 13 | MUSUMECI: | Good, good. So, everything's okay for today? |
| 14 | UC: | Yeah. |
| 15 | MUSUMECI: | Alright, um, I, you know. |
| 16 | UC: | You're coming right? |
| 17 | MUSUMECI: | Yes. |
| 18 | UC: | Okay, cool. |
| 19 | MUSUMECI: | It looks like, um, it's gonna rain out. |
| 20 | UC: | (U/I) |
| 21 | MUSUMECI: | Is it, uh— |
| 22 | UC: | What? |
| 23 | MUSUMECI: | Is it, is it cloudy by you? |
| 24 | UC: | Yeah. |

| | | |
|---|---|---|
| 1 | MUSUMECI: | So, do you still want to meet at the park? |
| 2 | UC: | Yeah, like, well, like, outside. |
| 3 4 | MUSUMECI: | Right, like, uh, like, right in the front of the park, where the do—where the, uh, the dog place is? |
| 5 6 | UC: | Well, we can meet at, like, like, Houston and, like, Avenue A it's closer if you want. |
| 7 | MUSUMECI: | Oh, okay. You mean right on the corner? |
| 8 | UC: | Yeah. But, like, on the play—like, where the playground is. |
| 9 | MUSUMECI: | Okay. |
| 10 11 | UC: | 'Cause, I don't know I think there's not that many people like standing, like, right there, so. |
| 12 | MUSUMECI: | Oh, okay. Um, okay. So, that's like across the street from you? |
| 13 | UC: | Yeah. |
| 14 | MUSUMECI: | Okay. Yeah, I know where it is I s—I saw it on a map. |
| 15 16 | UC: | Okay, cool. What are you wearing today? So, like, I know it's you. |
| 17 | MUSUMECI: | Uh, jeans and, a, a yellow and black jacket. |
| 18 19 | UC: | Oh, okay. Um, I'm, I don't, I don't, my winter jacket is pink, but I don't, if it's not, like, I think, it's, like, too hot. So— |
| 20 | MUSUMECI: | Yeah. |
| 21 22 | UC: | I'll probably just wear my, my green, like, sweater, it's, like, light green. |
| 23 | MUSUMECI: | Okay. |
| 24 | UC: | And jeans. |

| | | |
|---|---|---|
| 1 | MUSUMECI: | Okay. |
| 2 | UC: | And my hair is in ponytail today. |
| 3 | MUSUMECI: | Okay, good. Alright? |
| 4 | UC: | Okay, cool. You'll be there at four o'clock, right? |
| 5 | MUSUMECI: | Yeah, I'll be there at four o'clock. |
| 6 | UC: | Okay, cool. |
| 7 | MUSUMECI: | Alright? |
| 8 | UC: | Okay. |
| 9 | MUSUMECI: | I'll see you then, sweetie. |
| 10 | UC: | O—okay, I'll see you then. |
| 11 | MUSUMECI: | Okay, bye. |
| 12 | UC: | Bye. |