

# MICHAEL L. SOSHNICK
*Attorney at Law*

190 WILLIS AVENUE
SUITE 112
MINEOLA, NEW YORK 11501

MICHAEL L. SOSHNICK

OF COUNSEL
JOHN LAWRENCE

TEL (516) 294-1111
FAX (516) 294-5465

October 16, 2007

Via Federal Express

Judge Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, N.Y. 10007

**MEMO ENDORSED**

Re:   United States v. Jeffery G. Musumeci
      07 Cr. 402 (RMB)

Dear Judge Berman:

This letter shall confirm the telephone conversation that Kelly of my office had with Christine of your Chambers earlier today. It is hereby requested that the time for the undersigned counsel for the defendant to provide a written submission in support of the pending Rule 29 Motion be extended from October 17, 2007 to October 31, 2007 upon consent of Assistant United States Attorney Adam Hickey provided that the Government shall be given until November 14, 2007 to submit their response.

Thank you.

Respectfully submitted,

Michael L. Soshnick

MLS:kad

cc: Adam S. Hickey
    Assistant United States Attorney
    VIA FAX (212) 637-2527

Application Granted on consent

SO ORDERED:
Date: 10/18/07
Richard M. Berman, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10-18-07