AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

__Southern__                    DISTRICT OF                    __New York__

**APPEARANCE**

Case Number:  07 cr. 402 (RMB)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Jeffrey Musumeci

I certify that I am admitted to practice in this court.

__4/2/2008__
Date

__[signature]__
Signature

__Mark M. Baker__                    __MB5365__
Print Name                          Bar Number

__767 Third Avenue - 26th Floor__
Address

__New York__        __NY__        __10017__
City              State         Zip Code

__(212) 750-7800__        __(212) 750-3906__
Phone Number              Fax Number