**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X

UNITED STATES OF AMERICA,

                                                     **ORDER**

               -against-                            07 **CR.** 402 (RMB)

JEFFREY MUSUMECI,

                       Defendant.

------------------------------------------------------------X

For the reasons stated on the record today, the defendant is hereby remanded.

Dated: New York, New York
       April 3, 2008

_____
**RICHARD M. BERMAN, U.S.D.J.**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4-3-08