Local Criminal Notice of Appeal Form.

## NOTICE OF APPEAL
### United States District Court

Southern District of New York

United States of America     v.

Jeffrey Musumeci

Docket No.: 07 - cr- 402 (RMB)

Hon. Richard M. Berman
(District Court Judge)

Notice is hereby given that **Jeffrey Musumeci** appeals to the United States Court of Appeals for the Second Circuit from the judgment [X], other [ ]
(specify)

entered in this action on April 3, 2008
(date)

Offense occurred after November 1, 1987    Yes [✓]    No [ ]

This appeal concerns: Conviction only [ ]    Sentence only [ ]    Conviction and Sentence [✓]

Date April 3, 2008
TO

Mark M. Baker
(Counsel for Appellant)

Address 767 Third Avenue

26th Floor

New York, New York 10017

Telephone Number: 212-750-7800

ADD ADDITIONAL PAGE (IF NECESSARY)

FILED U.S. DC
APR 03 2008
S.D.N.Y.

| TO BE COMPLETED BY ATTORNEY | TRANSCRIPT INFORMATION - FORM B | |
|---|---|---|
| ▶ QUESTIONNAIRE | ▶ TRANSCRIPT ORDER | ▶ DESCRIPTION OF PROCEEDINGS FOR WHICH TRANSCRIPT IS REQUIRED (INCLUDE DATE) |
| [ ] I am ordering a transcript<br>[✓] I am not ordering a transcript<br>Reason<br>[✓] Daily copy is available<br>[ ] U.S. Attorney has placed order<br>[ ] Other. Attach explanation | Prepare transcript of<br>[ ] Prepare proceedings _____<br>[ ] Trial _____<br>[ ] Sentencing _____<br>[ ] Post-trial proceedings _____ | Dates |

The attorney certifies that he/she will make satisfactory arrangements with the court reporter for payment of the cost of the transcript. (FRAP 10(b)). ▶
Method of payment    [ ] Funds [✓]    CJA Form 24 [ ]

ATTORNEY'S SIGNATURE _[signature]_    DATE April 3, 2008

▶ COURT REPORTER ACKNOWLEDGMENT    To be completed by Court Reporter and forwarded to Court of Appeals.

| Date order received | Estimated completion date | | Estimated number of pages |
|---|---|---|---|
| | Date _____ | Signature _____<br>(Court Reporter) | |

DISTRIBUTE COPIES TO THE FOLLOWING:

1. Original to U.S. District Court (Appeals Clerk).
2. Copy U.S. Attorney's Office.
3. Copy to Defendant's Attorney

4. U.S. Court of Appeals
5. Court Reporter (District Court)

USCA-2
FORM A REV. 8-05