UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
UNITED STATES OF AMERICA

- against -

JEFFREY MUSUMECI,

    Defendant

------------------------------------------------------x



07 CR 402-01 (RMB)

ORDER

    It is hereby ORDERED that the Clerk of the Court pay the attached invoice submitted by The New York Center for Neuropsychology & Forensic Behavioral Science, in the amount of $2,000, for professional services in connection with the above captioned case.

    SO ORDERED,

Dated: New York, New York
       June 17, 2008

                                  Honorable Richard M. Berman
                                  U.S. District Judge