AO 247 (SDNY Rev. 07/19)  Order Regarding Motion for Sentence Reduction Pursuant to First Step Act of 2018 and 18 U.S.C. § 3582(c)(1)(B)       Page 1 of 2 (Page 2 Not for Public Disclosure)

ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/30/2020

# UNITED STATES DISTRICT COURT
### for the
### Southern District of New York

United States of America
v.
Jeffrey Musumeci

Case No: 07 cr 402
USM No: 59877-054

Date of Original Judgment: 04/03/2008
Date of Previous Amended Judgment: _____
*(Use Date of Last Amended Judgment if Any)*

Stuart Gold
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO FIRST STEP ACT AND 18 U.S.C. § 3582(c)(1)(A)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court for a reduction in sentence based on the First Step Act of 2018, Pub. L. No. 115-391, 132 Stat. 5194, 5222 (2018), a statute that expressly permits modification of an imposed term of imprisonment, and having considered such motion under 18 U.S.C. § 3582(c)(1)(A), and having taken into account the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of **180** months is reduced to **time served**.

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated  04/03/2008  shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 04/28/2020

*RMB*
*Judge's signature*

Effective Date: _____
*(if different from order date)*

Richard M. Berman, U.S.D.J.
*Printed name and title*