**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

        07 CR. 402 (RMB)

  -against-

        **ORDER**

JEFFREY MUSUMECI,
                Defendant.
------------------------------------------------------------X

      The telephone status conference previously scheduled for Tuesday, July 28, 2020 at 11:30 AM is hereby rescheduled to Wednesday, September 2, 2020 at 11:30 AM.

      Participants, members of the public and the press can use the following dial-in information:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 0402

Dated: July 22, 2020
       New York, NY

                              _____
                                  RICHARD M. BERMAN
                                     U.S.D.J.