**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

   -against-

JEFFREY MUSUMECI,
                Defendant.
------------------------------------------------------------X

07 CR. 402 (RMB)

**ORDER**

      The supervised release hearing previously scheduled for Tuesday, October 12, 2021 at 9:30 AM is hereby rescheduled to 9:00 AM on the same date.

      In light of the continuing COVID-19 pandemic, the proceeding is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

      Participants, members of the public and the press can use the following dial-in information:

      USA Toll-Free Number: (877) 336-1829
      Access Code: 6265989
      Security Code: 0402

Dated: October 6, 2021
       New York, NY

                                      RICHARD M. BERMAN
                                            U.S.D.J.