UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,
                              Government,                         **ORDER**

          -against-                                    07 **CR.** 402  (RMB)

JEFFREY MUSUMECI,
                              Defendant.
-----------------------------------------------------------X

For the reasons stated on the record on October 12, 2021, and on the consent of the parties, the terms of the Defendant's supervised release are modified to include travel within all NYC boroughs in addition to Mr. Musumeci's judicial district. See Transcript of proceedings held on October 12, 2021 for a complete record.

Dated: New York, New York
         October 12, 2021

                                            _____
                                            **RICHARD M. BERMAN, U.S.D.J.**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/12/21