UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

    -against-

JEFFREY MUSUMECI,
                Defendant.
------------------------------------------------------------X

07 CR. 402 (RMB)

**ORDER**

      In light of the continuing COVID-19 pandemic, the supervised release hearing scheduled for Monday, February 14, 2022 at 12:30 PM is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

      Participants, members of the public and the press can use the following dial-in information:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 0402

Dated: February 9, 2022
       New York, NY

                                                  *Richard M. Berman*
                                                 RICHARD M. BERMAN
                                                      U.S.D.J.