**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                                07 CR. 402 (RMB)

   -against-

                                                              **ORDER**

JEFFREY MUSUMECI,
                Defendant.
------------------------------------------------------------X

       In light of the continuing COVID-19 pandemic, the supervised release hearing scheduled for Thursday, September 29, 2022 at 1:00 PM is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

       Participants, members of the public and the press can use the following dial-in information:

       Dial-in Number: (646) 453-4442
       Conference ID: 989 126 097#

Dated: September 19, 2022
       New York, NY

                                                  */s/ Richard M. Berman*
                                                  _____
                                                     RICHARD M. BERMAN
                                                          U.S.D.J.