**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

        07 CR. 402 (RMB)

  -against-

        **ORDER**

JEFFREY MUSUMECI,
                Defendant.
------------------------------------------------------------X

      The supervised release hearing previously scheduled for Thursday, September 29, 2022 at 1:00 PM is hereby rescheduled to Thursday, October 6, 2022 at 12:00 PM.

      In light of the continuing COVID-19 pandemic, the proceeding is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

      Participants, members of the public and the press can use the following dial-in information:

      Dial-in Number: (646) 453-4442
      Conference ID: 989 126 097#

Dated: September 30, 2022
       New York, NY

                                    _____
                                        RICHARD M. BERMAN
                                              U.S.D.J.