UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                         :
                   Government,      :       07 CR. 402 (RMB)
                                         :
      - against -                       :       **ORDER**
                                         :
JEFFREY MUSUMECI,                        :
                 Defendant.       :
------------------------------------------------------------x

The supervised release hearing is scheduled for Monday, February 13, 2023 at 9:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 440 063 749#

Dated: February 8, 2023
       New York, NY

                                                       **RICHARD M. BERMAN**
                                                              **U.S.D.J.**