**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
UNITED STATES OF AMERICA,                    :
                                             :
                         Government,     :       07 CR. 402 (RMB)
                                             :
         - against -                    :       **ORDER**
                                             :
JEFFREY MUSUMECI,                            :
                         Defendant.      :
-------------------------------------------------------------x

The supervised release hearing is scheduled for Monday April 10, 2023 at 9:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 262 530 119#

Dated: April 5, 2023
       New York, NY

                                                 */s/ Richard M. Berman*
                                           **RICHARD M. BERMAN**
                                                    U.S.D.J.