**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------x
UNITED STATES OF AMERICA,       :

                                             :

                      Government,     :       07 CR. 402 (RMB)

                                             :

          - against -           :       **ORDER**

                                           :

JEFFREY MUSUMECI,            :

                       Defendant.     :
--------------------------------------------------------------x

       The supervised release hearing is scheduled for Thursday, September 21, 2023 at 10:00 A.M.

       In the absence of defense objection, the proceeding will be held by video.

       Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

       Dial-in Number: (646) 453-4442
       Conference ID: 965 997 202#

Dated: September 13, 2023
      New York, NY

                                          *Richard M. Berman*

                                      **RICHARD M. BERMAN**
                                            **U.S.D.J.**